# EXHIBIT A

TO THE COMPLAINT OF
PROVIDENT LIFE V. CAMPBELL

## RESIDUAL DISABILITY/RECOVERY BENEFITS RIDER
With Cost of Living Indexing of Prior Monthly Income
(Nothing in this provision limits the
policy definition of "Total Disability".)

Insured – JENNIFER CAMPBELL MD
Rider Effective Date – NOVEMBER 1, 1990
Rider Premium – $140.88*
*PRO-RATA PREMIUM TO MARCH 1, 1991 – $46.35
Elimination Period – 90 days of Total and/or Residual Disability

Policy Number – 6-334-650288
Renewal Term – TWELVE MONTHS
New Premium for Policy – $690.92

### Maximum Benefit Periods For Residual Disability

Injuries or Sickness:

| | |
|---|---|
| Residual Disability starting before your 61st birthday | To your 65th birthday |
| Residual Disability starting on or after your 61st birthday but before your 62nd birthday | 48 months |
| Residual Disability starting on or after your 62nd birthday but before your 63rd birthday | 42 months |
| Residual Disability starting on or after your 63rd birthday but before your 64th birthday | 36 months |
| Residual Disability starting on or after your 64th birthday but before your 65th birthday | 30 months |

The attached copy of your application is a part of this rider. The rider becomes a part of the above policy in consideration of: 1) the statements in your application and; 2) the timely payment of premiums for this rider.

The effective date of this rider is shown above. The premium for this rider is included in the new policy premium also shown.

This rider is subject to the definitions, exclusions and other provisions of the policy except as they may be modified herein.

### DEFINITIONS

As used in this rider:

you and your mean you, the Insured.

we and us mean Provident Life and Accident Insurance Company.

Injuries means accidental bodily injuries occurring after the Rider Effective Date.

Sickness means sickness or disease not diagnosed or treated before the Rider Effective Date. Pre-existing Conditions are, however, covered to the extent set forth in the "Pre-existing Condition Limitation" provision of this rider.

period of disability means a period of disability which:

1. starts after the Rider Effective Date and results from Injuries or Sickness as defined above; and

2. qualifies as a separate period of disability as defined in the policy.

337-RS-E-PA

DUPLICATE POLICY

Elimination Period is defined in your policy. The number of days is shown at the top of this rider.

Monthly Income means your monthly income from salary, wages, bonuses, commissions, fees or other payments for services which you render or your business provides. Normal and usual business expenses are to be deducted; income taxes are not. Monthly Income must be earned. It does not include dividends, interest, rents, royalties, annuities, sick pay or benefits received for disability under a formal wage or salary continuation plan or other forms of unearned income.

Monthly Income can be credited to the period in which it is actually received or to the period in which it is earned. We allow either the cash or accrual accounting method. But, the same method must be used to determine the Prior Monthly Income and the Current Monthly Income during a period of disability. If you elect the cash accounting method, we will not include income received for services rendered prior to the start of a period of disability in your Current Monthly Income.

Prior Monthly Income means the greatest of:

1. your average Monthly Income for the 12 months just prior to the start of the period of disability for which claim is made;
2. your average Monthly Income for the year with the highest earnings of the last two years prior to the start of such period of disability; or
3. your highest average Monthly Income for any two successive years of the last five years prior to the start of such period of disability.

Current Monthly Income means your Monthly Income in your occupation for each month of Residual Disability being claimed.

Loss of Monthly Income means the difference between Prior Monthly Income and Current Monthly Income. Loss of Monthly Income must be caused by the Residual Disability for which claim is made. The amount of the loss must be at least 20% of Prior Monthly Income to be deemed Loss of Monthly Income. If your loss is more than 75% of Prior Monthly Income, we will deem the loss to be 100%.

Residual Disability or residually disabled, during the Elimination Period, means that due to Injuries or Sickness:

1. you are not able to do one or more of your substantial and material daily business duties or you are not able to do your usual daily business duties for as much time as it would normally take you to do them;
2. you have a Loss of Monthly Income in your occupation of at least 20%; and
3. you are receiving care by a Physician which is appropriate for the condition causing disability. We will waive this requirement when continued care would be of no benefit to you.

After the Elimination Period has been satisfied, you are no longer required to have a loss of duties or time. Residual Disability or residually disabled then means that as a result of the same Injuries or Sickness:

1. you have a Loss of Monthly Income in your occupation of at least 20%; and
2. you are receiving care by a Physician which is appropriate for the condition causing the Loss of Monthly Income. We will waive this requirement when continued care would be of no benefit to you.

337-RS-E-PA

PLA-POL-650288-000002

**002**

Monthly Benefit for Total Disability is shown in the Policy Schedule. (It can be increased by certain other benefit provisions if they are included in your policy and are applicable. If included, they are titled "Cost of Living Adjustments of Monthly Benefits" and "Social Insurance Substitute Benefit.")

Residual Disability Monthly Benefit is the benefit payable under this provision. It is determined monthly by this formula. Each month, it equals:

$$\frac{\text{Loss of Monthly Income}}{\text{Prior Monthly Income}} \times \text{Monthly Benefit for Total Disability}$$

### RESIDUAL DISABILITY/RECOVERY BENEFITS

We will pay Residual Disability Monthly Benefits as follows:

1. Benefits start on the day of Residual Disability following the Elimination Period or, if later, after the end of compensable Total Disability during the same period of disability.
2. Benefits will continue while you are residually disabled during a period of disability but the combined period for which benefits for Total and Residual Disability are payable can not exceed the Maximum Benefit Period shown at the top of this rider.
3. The first six monthly payments for Residual Disability will be the greater of:
   a. 50% of the Monthly Benefit for Total Disability; or
   b. the Residual Disability Monthly Benefit determined for each month.

Residual Disability benefits will not be paid for any days for which Total Disability benefits are paid.

In no event will you be considered to have more than one disability at the same time. The fact that a disability is caused by more than one Injury or Sickness or from both will not matter. We will pay benefits for the disability which provides the greater benefit.

We can require any proof which we consider necessary to determine your Current Monthly Income and Prior Monthly Income. Also, we or an independent accountant retained by us shall have the right to examine your financial records as often as we may reasonably require.

### COST OF LIVING INDEXING OF PRIOR MONTHLY INCOME
(Applicable to benefits paid after the 12th month of a period of disability)

### Definitions

CPI-U means the Consumer Price Index for All Urban Consumers. It is published by the United States Department of Labor. If the CPI-U is discontinued or if its method of computation is changed, we may use another nationally published index. We will choose an index which is similar in scope and purpose to the CPI-U. The CPI-U will then mean the index which is chosen.

337-RS-E-PA

PLA-POL-650288-000003

**003**

Review Date means each anniversary date of the start of a period of disability.

Review Period means a one year period ending on a Review Date.

Index Month means the calendar month three months prior to a Review Date. But, the first Index Month means the calendar month three months prior to the start of a period of disability. We will measure all changes in the CPI-U from the first Index Month.

Index Factor is used by us to determine your adjusted Prior Monthly Income for each Review Period. We will compute this factor by dividing the CPI-U for the latest Index Month by the CPI-U for the first Index Month. We will compute it on each Review Date during a period of disability.

### Adjusted Prior Monthly Income

If Injuries or Sickness results in a period of disability that lasts at least 12 months, we will compute Cost of Living Adjustments on each Review Date for Residual Disability Benefits. Monthly benefits which thereafter accrue during that period of disability will be adjusted by indexing your Prior Monthly Income as follows:

1. On each Review Date, your Prior Monthly Income will be multiplied by your Index Factor. The result is your adjusted Prior Monthly Income. It will be used to figure your Loss of Monthly Income during the Review Period that follows. It will also be used in the formula to compute each Residual Disability Monthly Benefit payable during that Review Period.

   An increase in your Prior Monthly Income can cause your Loss of Monthly Income to be greater. This in turn can result in an increase in your Residual Disability Monthly Benefit. Other than your Index Factor (which is computed by using actual CPI-U values), there is no limit on the percent of increase in your Prior Monthly Income for a Review Period. If the CPI-U should go down, your adjusted Prior Monthly Income can decrease. But, it can never reduce below your Prior Monthly Income at the start of the period of disability.

2. Indexing of your Prior Monthly Income will end on the earliest of:

   a. the end of the period of disability;
   b. the end of a benefit period; or
   c. your 65th birthday.

If the computations end because of a or b above, disability benefits which can be paid for the first 12 months of a new period of disability will not include a Cost of Living Adjustment. A new first Index Month and Review Date will apply to each new period of disability that lasts more than 12 months.

337-RS-E-PA

PLA-POL-650288-000004

**004**

## WAIVER OF PREMIUM

For periods of disability which start before your 65th birthday, the Waiver of Premium provision in the Policy is replaced by the following:

"WAIVER OF PREMIUM — TOTAL DISABILITY AND RESIDUAL DISABILITY

If, during a period of disability, Injuries or Sickness results in more than 90 days of Total and/or Residual Disability, we will:

1. refund any premiums which became due and were paid while you were so disabled; and
2. waive the payment of each premium which thereafter becomes due for as long as the period of disability lasts. After it ends, to keep your policy in force, you must again pay any premiums which become due.

For premiums to be waived, you must give us satisfactory proof of disability."

NOTE: All portions of this Residual Disability benefit Residual Disability/Recovery Benefit will expire on your 65th birthday, and no further premiums for it will be due, even though the policy may be renewed after that date, and benefits may continue to be payable past your 65th birthday, as shown at the top of this rider.

337-RS-E-PA

PLA-POL-650288-000005

**005**

**EXCLUSION**
(Required by the Pennsylvania Motor Vehicle Financial Responsibility Law)

Any Benefits payable under this benefit provision as the result of Injuries suffered in an automobile accident will be reduced by the amount of any first party benefits for loss of income provided for that accident under any plan of automobile insurance.

**PRE-EXISTING CONDITION LIMITATION**

We will not pay Residual Disability/Recovery benefits for loss starting within one year of the Rider Effective Date which is caused by a Pre-existing Condition that was not disclosed, or that was misrepresented, in answer to a question in the application for this rider. Pre-existing Condition means a sickness or physical condition for which medical advice or treatment was recommended by or received from a physician within the five year period preceding the Rider Effective Date.

**TIME LIMIT ON CERTAIN DEFENSES**

1. After two years from the Rider Effective Date, no misstatements, except fraudulent misstatements, made by you in the application for this rider will be used to void the rider or to deny a claim for loss incurred or disability that starts after the end of such two year period.

2. No claim for Residual Disability/Recovery benefits during a period of disability that starts after one year from the Rider Effective Date will be reduced or denied on the ground that a sickness or physical condition not excluded by name or specific description had existed before the Rider Effective Date.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY

Vice President

Provident Life & Accident Insurance Company
1 Fountain Square
Chattanooga, Tennessee 37402

337-RS-E-PA

# PROVIDENT
# LIFE AND ACCIDENT
### INSURANCE COMPANY
CHATTANOOGA, TN 37402

**APPLICATION FOR DISABILITY INSURANCE** 06-650288     № 316590

**1 (a) Name (Print in full)**
Last: Campbell M.D.
First & Middle: Jennifer
(b) Height: 4 ft. 11 in.
(c) Weight: 107

(d) Sex M ☐ F ☒   (e) Birthdate: Mo. ▓▓▓   (f) Age, last birthday: 39
(g) State of Birth: (Country if other than U.S.) Colorado   (h) Social Security No.: ▓▓▓

**2 (a) Residence Address (Print):**
Street: ▓▓▓   Apt. #
City: Pittsburgh   State: PA   Zip Code: ▓▓▓

Prior Address Within 2 Years
Street: ▓▓▓   Apt. #
City: Pittsburgh   State: PA   Zip Code: ▓▓▓

(b) Business Address (Print):
Street: ▓▓▓
City: Pittsburgh   State: PA   Zip Code: ▓▓▓

(c) Send Premium Notices to: ☒ Business Address   ☐ Residence Address

**3 (a)** Occupation: Family practice physician
(b) Exact duties: In patient / out patient care, minor office surgery; 25% peds
(c) Employer: Penn Group Medical Assoc
(d) Nature of business: P.C.
(e) How long have you been employed in your present occupation? 4½ yrs
(f) How long have you been employed by your present employer? 9 months
(g) Are you actively at work fulltime in the above occupation? Yes ☒ No ☐

**4 (a)** Annual Earned Income From Your Occupation for Federal Tax Purposes (After Business Expenses, if any):

| | Current Annual Rate of Earned Income | Actual Prior Calendar Year | Actual Year Prior to Last Calendar Year |
|---|---|---|---|
| Salary | $53,000 | $49,500 | $50,000 |
| Fees | | | |
| Commissions | | | |
| Other (describe) | | | |
| TOTAL | $53,000 | $49,500 | $50,000 |

Comments, if any, regarding change in income:

(b) Did you report Unearned Income* for Federal Tax purposes and/or did you have tax-exempt unearned income in excess of $2,500 in either of the two Prior Calendar Years?
Yes ☐ No ☒ If "Yes" show total amounts ........... $_____   $_____
*(Such as dividends, interest, net rentals, pensions, etc.)

FORM 1807

DUPLICATE POLICY

**(c)** Does your net worth exceed $1,000,000? Yes ☐ No ☒ (if "Yes", give details below. Amounts expressed to the nearest $10,000 are acceptable. Show current values less indebtedness.)

| CURRENT NET WORTH | |
|---|---|
| Cash, Savings, Stocks & Bonds | $ |
| Personal Property (such as jewelry, furnishings) | |
| Personal Residence | |
| Other Real Estate | |
| Business Interest | |
| Other | |
| TOTAL | $ |

---

**5 (a)** Do you have, or are you applying for other:

    (1) Individual, Association or Group disability income coverage?    Yes ☒   No ☐

    (2) Formal employer sick pay or Union disability income coverage not included in (1)?   Yes ☐ No ☒

    (3) Business Overhead Expense disability coverage?    Yes ☐   No ☒

    (Give details below of all disability coverage in force and applied for. Type should be shown as: I — Individual, A — Association, G — Group, E — Employer Sick Pay or Union, and BOE — Business Overhead Expense).

| MONTHLY DISABILITY COVERAGE | | | | |
|---|---|---|---|---|
| Company or Source | Type (I, A, G, E or BOE) | Monthly Disability Amount | Benefit Period Accident | Sickness |
| Provident L + A | I | 2290 | L | L/60 |
| | | | | |
| | | | | |
| | | | | |

**(b)** Does any of the above coverage include a Social Security supplement or substitute benefit? Yes ☐   No ☒
If "Yes," Give the company and amount of such benefit:

---

**(c)** Are you covered by Social Security?   Yes ☒   No ☐

**(d)** Is any of the above disability coverage to be replaced by the policy being applied for?   Yes ☒   No ☒
(If "Yes," complete Form 1807-Q5 — Page 5)

**(e)** Do you have, or are you applying for, life insurance?   Yes ☒   No ☐   (If "Yes," give details below.)

| LIFE INSURANCE | | |
|---|---|---|
| Company | Amount | Year Taken |
| Union Central (Group) | 100,000 | 1984 |
| | | |
| | | |

PLA-POL-650288-000008

**008**

QUESTIONS 6 THRU 10 NEED NOT BE ANSWERED IF A PROVIDENT MEDICAL EXAM, DATED ON OR AFTER THE DATE OF THIS APPLICATION, IS BEING FURNISHED.

| 6 | Have you ever been treated for or ever had any known indication of: | |
|---|---|---|
| | (a) Diabetes, cancer or venereal disease? | |
| | (b) Disease or disorder of the back, neck or spine, or arthritis or rheumatism in any form? | |
| | (c) Emotional, mental, nervous, urinary or digestive disorder? | |
| | (d) High blood pressure or disease of the heart or circulatory system? | |
| | (e) Disease or disorder of the reproductive organs, breasts, eyes, ears or speech? | |
| | (f) Allergy, asthma, emphysema or any disease of the lungs? | |
| 7 | Have you ever had surgery? | |
| 8 | Have you ever been advised to have surgery not yet performed? | |
| 9 | Other than above, have you, within the past five years, had medical or surgical advice or treatment, had a physical check-up or examination, or been under observation for any disease or disorder? | |
| 10 | Do you have a physical impairment or deformity? | |
| 11 | Do you take any type of prescribed medication? | |
| 12 | Have you ever made application for Disability, Hospital, Surgical, Medical or Life Insurance which has been declined or postponed; or has any such insurance been modified, rated or cancelled? (If "Yes," give names in space below of organization, kinds of insurance, dates and reasons.) | |
| 13 | Have you ever presented a claim for loss due to injuries or sickness? (If "Yes," give names of all organizations, date, nature and duration of disability.) | |

Explain fully all "Yes" answers to Questions 6 through 13. IDENTIFY QUESTION NUMBER. Include diagnoses, dates, durations and names and addresses of all attending physicians and hospitals.

| 14 | Will your employer pay for all Accident and Sickness disability coverage to be carried by you with no portion of the premium to be included in your taxable income? Yes ☒   No ☐ |
|---|---|
| 15 | How much premium is paid with this application?  *Salary Allot* |

PAGE 3

PLA-POL-650288-000009

009

**I UNDERSTAND AND AGREE AS FOLLOWS:**

(a) To the best of my knowledge and belief, all of the foregoing statements and all of those in Part II, if any, of this Application are true, complete, and correctly stated. They are offered to Provident Life and Accident Insurance Company as the basis for any policy issued on this Application.

(b) Provident Life and Accident Insurance Company will incur no liability until: (a) the first full premium is paid; and (b) any policy applied for has been delivered to and accepted by me. When I accept any such policy, my state of health must be the same as set forth in this Application; except that, if at least a minimum premium has been paid in exchange for the receipt bearing the same number as this Application, the insurance will be in force as set forth by the terms of the receipt.

(c) The Agent or Broker cannot accept risks; nor can the Agent or Broker make or alter contracts. Notice to or knowledge of any agent, broker or medical examiner will not be notice to or knowledge of Provident Life and Accident Insurance Company unless it is set out in writing in this Application.

I have received a disclosure concerning: (1) the Medical Information Bureau; and (2) an investigative consumer report which may be made for use with this Application.

I authorize any licensed physician, medical practitioner, hospital, clinic or other medical or medically related facility, insurance company, the Medical Information Bureau or other organization, institution or person that has any records or knowledge of me or my health, to give to Provident Life and Accident Insurance Company and/or its reinsurers any such information.

I authorize all said sources, except the Medical Information Bureau, to give such records or knowledge to Equifax, Inc. This agency is employed by Provident Life and Accident Insurance Company to collect and send such information.

A copy of this authorization shall be as valid as the original.

Signed at _Pittsburgh_ _PA_  N⁰ 316590
City    State

this _26_ day of _March_ 19 _85_

Signature of
Proposed Insured X _Jennifer Campbell MD_

Branch Office or Agency: _37441-335-KEA_

I certify that I have truly and accurately recorded on this application the information supplied by the Proposed Insured _Claude T. Whalen_
(Licensed Agent's or Broker's Signature)

Taxpayer I. D. Number _25-1387299_

FORM 1807

PLA-POL-650288-000010

**010**



DUPLICATE POLICY

Unum
1 Fountain Square, Chattanooga, TN 37402
423.755.1011

Corporate Secretary

President

As you read this policy, remember that the words "you" and "your" mean you, the Insured named below. The words "we," "our" and "us" mean Provident Life and Accident Insurance Company.

We will pay benefits for Total Disability or other covered loss resulting from Injuries or Sickness subject to the definitions, exclusions and other provisions of this policy. Loss must begin while the policy is in force.

This policy is a legal contract between you and us. It is issued in consideration of the payment in advance of the required premium and of your statements and representations in the application. A copy of your application is attached and made a part of the policy.

NON-CANCELLABLE AND GUARANTEED CONTINUABLE TO AGE 65 AT GUARANTEED PREMIUMS: You have the right to continue this policy in force to age 65 by paying premiums when due. The premiums shown in the Policy Schedule on Page 3 are guaranteed to age 65.

CONDITIONAL RIGHT TO RENEW FROM AGE 65 TO AGE 75; PREMIUMS ARE NOT GUARANTEED: If you are actively and gainfully employed full time when you attain age 65, you have the right to renew this policy to age 75 for as long as you continue to be so employed. You must pay premiums when due at our premium rates in effect at time of renewals. (For further conditions, see the page titled "Additional Provisions on Premiums, Renewals, Etc." See Page 6 for the benefit provisions that will be included in the continued policy.)

### D I S A B I L I T Y   I N C O M E   P O L I C Y

JENNIFER H CAMPBELL MD, the Insured
Policy Number 6-334-650288

Notice of 10 day right to examine your policy - We want you to fully understand and be entirely satisfied with your policy. If you are not satisfied for any reason, you may return the policy within 10 days of its receipt. We will then refund any premiums you have paid. The policy will be considered never to have been issued.

334

# GUIDE TO POLICY PROVISIONS

|  | Page |
|---|---|
| Renewal Conditions . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| Policy Schedule . . . . . . . . . . . . . . . . . . . . . . . . . | 3 |
| Definitions (age, period of disability, Injuries, Sickness, Physician, Total Disability, your occupation, etc.) . . . . . . . . . . . . . . . | 4 |
| *Exclusions* . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| Pre-Existing Condition Limitation . . . . . . . . . . . . . . . . . | 4 |

Benefits
| Total Disability . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| Presumptive Total Disability . . . . . . . . . . . . . . . . . . | 5 |
| Waiver of Premium . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| Transplant Surgery . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| Rehabilitation . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |
| Treatment of Injuries (Payable if disability benefits not paid) . . . . | 6 |
| Benefits When Policy Renewed From Age 65 to Age 75 . . . . . . . . . | 6 |
| Payment for Part of Month . . . . . . . . . . . . . . . . . . . | 6 |

Additional Benefit
| Residual Disability (includes revised Waiver of Premium provision) . . . . | 7 |

Additional Provisions on Premiums, Renewals, Etc.
| Policy Term . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
| Grace Period . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
| Conditional Right To Renew From Age 65 To Age 75 - Premiums Are Not Guaranteed | 11 |
| Reinstatement . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
| Suspension During Military Service . . . . . . . . . . . . . . . . | 12 |
| Premium Adjustment At Death . . . . . . . . . . . . . . . . . . | 12 |

Claims
| Notice of Claim . . . . . . . . . . . . . . . . . . . . . . . . | 12 |
| Claim Forms . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 |
| Proofs of Loss . . . . . . . . . . . . . . . . . . . . . . . . | 12 |
| Time of Payment of Claims . . . . . . . . . . . . . . . . . . . | 13 |
| Payment of Claims . . . . . . . . . . . . . . . . . . . . . . . | 13 |
| Physical Examinations . . . . . . . . . . . . . . . . . . . . . | 13 |
| Misstatement of Age . . . . . . . . . . . . . . . . . . . . . . | 13 |
| Legal Actions . . . . . . . . . . . . . . . . . . . . . . . . . | 13 |

General Provisions
| Entire Contract . . . . . . . . . . . . . . . . . . . . . . . . | 13 |
| Incontestable . . . . . . . . . . . . . . . . . . . . . . . . . | 13 |
| Conformity With State Statutes . . . . . . . . . . . . . . . . . | 13 |
| Assignment . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 |

| Salary Allotment Premium Payment . . . . . . . . . . . . . . . . . | 14 |

READ YOUR POLICY CAREFULLY

# P O L I C Y   S C H E D U L E

Insured - JENNIFER CAMPBELL MD
Effective Date - May 1, 1985
Policy Premium - $550.04 (Annually)

Policy Number - 6-334-650288
First Renewal Date - May 1, 1986
Renewal Term - Twelve Months

This policy was issued on April 22, 1985.

--------------*MONTHLY BENEFIT FOR TOTAL DISABILITY AND STARTING DATE-----------------

> $1,200.00 starting on the day of Total Disability
> after a 90 day Elimination Period#

------------------MAXIMUM BENEFIT PERIODS WHILE TOTALLY DISABLED----------------------

Monthly benefits are payable for as long as the applicable Maximum Benefit Period set forth below:

Injuries - Total Disability starting before age 65 ..................... For Life
        *Total Disability starting at or after age 65 ............... 24 Months

Sickness - Total Disability starting before age 60 ..................... For Life
        Total Disability starting at or after age 60 but
            before age 65 ............................... to age 65, but not
                                   less than 24 months
        *Total Disability starting at or after age 65 ............... 24 months
------------------------------------------------------------------------------------
*Rehabilitation Expense ................................ $3,600.00 Maximum Amount

*Treatment of Injuries (Payable if disability
      benefits not paid) ................................ $600.00 Maximum Amount

------------------------------------------------------------------------------------
#Elimination Period is the number of days of Total Disability for which benefits are not payable.  It starts when a period of Total Disability starts.  The number of days in an Elimination Period is shown above with the Benefit to which it applies.
------------------------------------------------------------------------------------
*If you qualify to renew this policy from age 65 to age 75 (see Page 1), benefits shown above with an asterisk (*) will be included in the continued policy.  Premiums then payable will be those in effect at time of renewals.

PLA-POL-650288-000013

**013**

## DEFINITIONS

age, when used before a number, such as in "age 65", means the ending date of the policy term in which you attain that age. A policy term is described on the page titled "Additional Provisions on Premiums, Renewals, Etc."

Injuries means accidental bodily injuries occurring after the Effective Date of this policy.

Sickness means sickness or disease not diagnosed or treated before the Effective Date of this policy. Pre-existing conditions are, however, covered under this policy to the extent set forth below in the provision titled "Pre-existing Condition Limitation."

Physician means any legally qualified physician other than you.

Total Disability means that due to Injuries or Sickness:

1. you are not able to perform the substantial and material duties of your occupation; and
2. you are under the care and attendance of a Physician.

your occupation means the occupation (or occupations, if more than one) in which you are regularly engaged at the time you become disabled.

period of disability. Successive periods of disability will be considered separate periods of disability unless the later period:

1. is due to the same or a related cause; and
2. starts less than six months after the end of the previous period of disability.

Monthly Benefit for Total Disability is shown on Page 3.

## EXCLUSIONS

This policy does not cover loss caused by:

1. war or any act of war, whether war is declared or not; or
2. pre-existing conditions (see next provision).

## PRE-EXISTING CONDITION LIMITATION

We will not cover loss starting within two years of the Effective Date of this policy which is caused by a Pre-existing Condition unless the condition:

1. was disclosed and not misrepresented in answer to a question in the application for this policy; and
2. is not excluded by name or specific description.

After two years from the Effective Date of the policy, a Pre-existing Condition that is not excluded by name or specific description will be covered as set forth in paragraph 2 of the provision titled "Incontestable." A Pre-existing Condition means a sickness or physical condition for which medical advice or treatment was recommended by or received from a physician within the five year period preceding the Effective Date of this policy.

BENEFITS

TOTAL DISABILITY
We will pay the Monthly Benefit for Total Disability as follows:

1. Benefits are payable for Total Disability due to Injuries or Sickness.
2. Benefits start on the day shown on Page 3. They do not accrue before that day.
3. Benefits are payable while a period of Total Disability continues. But, in no event are benefits payable beyond the applicable Maximum Benefit Period shown on Page 3 during a period of disability.

PRESUMPTIVE TOTAL DISABILITY - LOSS OF SPEECH, HEARING, SIGHT OR THE USE OF TWO LIMBS
You will be presumed totally disabled if Injuries or Sickness results in:

1. the entire and irrecoverable loss of speech or hearing;
2. the entire and irrecoverable loss of sight of both eyes; or
3. the entire and irrecoverable loss of the use of both hands, both feet or one hand and one foot.

You must present satisfactory proof of your loss. Your ability to engage in any occupation will not matter. Further medical care and attendance will not be required. Benefits will be paid according to the Total Disability provisions of this policy. But, benefits will start on the date of loss if earlier than the day benefits start as shown on Page 3. If loss occurs prior to age 65, the Monthly Benefit for Total Disability will be paid as long as you live regardless of the Maximum Benefit Period shown on Page 3.

WAIVER OF PREMIUM
If Injuries or Sickness results in a period of more than 90 days of Total Disability, we will:

1. refund any premiums which became due and were paid during this 90 day period; and
2. waive the payment of each premium which thereafter becomes due for as long as the period of Total Disability continues. After it ends, you must again pay any premiums which become due in order to keep your policy in force.

You must present satisfactory proof of Total Disability in order for premiums to be waived.

TRANSPLANT SURGERY
You might be disabled from the transplant of part of your body to another person. If so, we will consider it to be the result of a Sickness.

334-DEB-PA          JENNIFER H CAMPBELL MD     6-334-650288          Page 5

## REHABILITATION

Total Disability — Your participation in a program of occupational rehabilitation will not of itself be considered a recovery from Total Disability.

Expense — If, during a period of Total Disability, you participate in a program of occupational rehabilitation which we approve, we will pay for certain expenses you incur. That is, we will pay for the reasonable cost of training and education which is not otherwise covered under health care insurance, workers' compensation or any public fund or program. But, we will not pay more than the Maximum Amount for Rehabilitation Expense shown on Page 3.

A program of occupational rehabilitation must be designed to help you return to work and be:

1. a formal program of rehabilitation at an accredited graduate school, college or business school, or at a licensed vocational school;
2. a recognized program operated by the federal or a state government; or
3. any other professionally planned rehabilitation program of training or education.

## TREATMENT OF INJURIES (PAYABLE IF DISABILITY BENEFITS NOT PAID.)

If Injuries require medical treatment prescribed by a Physician, we will pay your expenses for the treatment. But, we will not pay more than the Maximum Amount for Treatment of Injuries shown on Page 3 as a result of any one accident.

If you qualify for payment under this provision and also under a disability provision of this policy because of the same accident, payment will be made under the provision which provides the greater benefit.

## BENEFITS WHEN POLICY RENEWED FROM AGE 65 TO AGE 75

If this policy is continued in accordance with the "Conditional Right to Renew from Age 65 to Age 75" on Page 1, all of the benefit provisions on Pages 5 and 6 will be included in the continued policy. (Any additional benefit provision contained in this policy will not be included unless it is named on Page 3 as one that will be included in the continued policy.) The Maximum Benefit Period for Total Disability or Presumptive Total Disability starting while this policy is so continued will be 24 months. The Monthly Benefit for Total Disability will not change unless you choose to renew with a lesser amount.

## PAYMENT FOR PART OF MONTH

If any payment under this policy is part of a monthly benefit payment, the daily rate will be 1/30th of the monthly benefit.

PLA-POL-650288-000016

**016**

## RESIDUAL DISABILITY BENEFITS
with Recovery Benefits and with Cost of Living Indexing of Prior Monthly Income
(Nothing in this provision limits the policy definition of "Total Disability.")

### DEFINITIONS

Monthly Income means your monthly income from salary, wages, bonuses, commissions, fees or other payments for services which you render or your business provides. Normal and usual business expenses are to be deducted; income taxes are not. Monthly Income must be earned. It does not include dividends, interest, rents, royalties, annuities, sick pay or benefits received for disability under a formal wage or salary continuation plan or other forms of unearned income.

Monthly Income can be credited to the period in which it is actually received or to the period in which it is earned. We allow either the cash or accrual accounting method. But, the same method must be used to determine the Prior Monthly Income and the Current Monthly Income during a period of disability. If you elect the cash accounting method, we will not include income received for services rendered prior to the start of a period of disability in your Current Monthly Income.

Prior Monthly Income means the greatest of:

1. your average Monthly Income for the 12 months just prior to the start of the period of disability for which claim is made;
2. your average Monthly Income for the year with the highest earnings of the last two years prior to the start of such period of disability; or
3. your highest average Monthly Income for any two successive years of the last five years prior to the start of such period of disability.

Current Monthly Income means your Monthly Income in your occupation for each month of Residual Disability being claimed.

Loss of Monthly Income means the difference between Prior Monthly Income and Current Monthly Income. Loss of Monthly Income must be caused by the Residual Disability for which claim is made. The amount of the loss must be at least 20% of Prior Monthly Income to be deemed Loss of Monthly Income. If your loss is more than 75% of Prior Monthly Income, we will deem the loss to be 100%.

Residual Disability or residually disabled, during the Elimination Period, means that due to Injuries or Sickness:

1. you are not able to do one or more of your substantial and material daily business duties or you are not able to do your usual daily business duties for as much time as it would normally take you to do them;
2. you have a Loss of Monthly Income in your occupation of at least 20%; and
3. you are receiving care by a Physician which is appropriate for the condition causing disability.

After the Elimination Period has been satisfied, you are no longer required to have a loss of duties or time. Residual Disability or residually disabled then means that as a result of the same Injuries or Sickness:

1. you have a Loss of Monthly Income in your occupation of at least 20%; and
2. you are receiving care by a Physician which is appropriate for the condition causing the Loss of Monthly Income.

---

PLA-POL-650288-000017

Monthly Benefit for Total Disability is shown on Page 3. (It can be increased by certain other benefit provisions if they are included in your policy and are applicable. If included, they are titled "Cost of Living Adjustments of Monthly Benefits" and "Social Insurance Substitute Benefit.")

Residual Disability Monthly Benefit is the benefit payable under this provision. It is determined monthly by this formula. Each month, it equals:

$$\frac{\text{Loss of Monthly Income}}{\text{Prior Monthly Income}} \times \text{Monthly Benefit for Total Disability}$$

## RESIDUAL DISABILITY BENEFITS

We will pay Residual Disability Monthly Benefits as follows:

1. Benefits start on the day of Residual Disability following the Elimination Period or, if later, after the end of compensable Total Disability during the same period of disability.
2. Benefits will continue while you are residually disabled during a period of disability but the combined period for which benefits for Total and Residual Disability are payable can not exceed the Maximum Benefit Period. And, benefits will not be payable after you attain age 65.
3. The first six monthly payments for Residual Disability will be the greater of:
   a. 50% of the Monthly Benefit for Total Disability; or
   b. the Residual Disability Monthly Benefit determined for each month.

Residual Disability benefits will not be paid for any days for which Total Disability benefits are paid.

In no event will you be considered to have more than one disability at the same time. The fact that a disability is caused by more than one Injury or Sickness or from both will not matter. We will pay benefits for the disability which provides the greater benefit.

We can require any proof which we consider necessary to determine your Current Monthly Income and Prior Monthly Income. Also, we or an independent accountant retained by us shall have the right to examine your financial records as often as we may reasonably require.

## RECOVERY BENEFITS

(Nothing in this provision limits the policy definition of "Residual Disability.")

If you are under age 65 and return to gainful full-time work at the end of a period for which we have paid Total and/or Residual Disability benefits, we will:

1. while you are so engaged in gainful full-time work; and
2. while you are having a Loss of Monthly Income in your occupation of at least 20% due to the same Injuries or Sickness;

PLA-POL-650288-000018

**018**

pay benefits under this back to work provision as though the same period of disability is continuing. You do not have to be receiving care by a Physician while Recovery Benefits are being paid. Payments will be made for each month, up to 3 months, in which (1) and (2) exist. For the first such month, we will pay a benefit based on the greater of:

a. the monthly rate computed by the Residual Disability Benefit formula for that month; or
b. 100% of the actual claim payment made for the 30 days preceding your return to work full time.

The monthly benefit for the second and third months will be computed as in (a) and (b) above; except that, instead of using 100% in (b), 75% will apply for the second month. And, 50% will apply for the third month.

These recovery benefits will not be paid for any days for which Total and/or Residual Disability benefits are paid. And, they will not be paid for more than 3 months in connection with a period of disability.

COST OF LIVING INDEXING OF PRIOR MONTHLY INCOME
(Applicable to benefits paid after the 12th month of a period of disability)

Definitions

CPI-U means the Consumer Price Index for All Urban Consumers. It is published by the United States Department of Labor. If the CPI-U is discontinued or if its method of computation is changed, we may use another nationally published index. We will choose an index which is similar in scope and purpose to the CPI-U. The CPI-U will then mean the index which is chosen.

Review Date means each anniversary date of the start of a period of disability.

Review Period means a one year period ending on a Review Date.

Index Month means the calendar month three months prior to a Review Date. But, the first Index Month means the calendar month three months prior to the start of a period of disability. We will measure all changes in the CPI-U from the first Index Month.

Index Factor is used by us to determine your adjusted Prior Monthly Income for each Review Period. We will compute this factor by dividing the CPI-U for the latest Index Month by the CPI-U for the first Index Month. We will compute it on each Review Date during a period of disability.

Adjusted Prior Monthly Income

If Injuries or Sickness results in a period of disability that lasts at least 12 months, we will compute Cost of Living Adjustments on each Review Date for Residual Disability Benefits. Monthly benefits which thereafter accrue during that period of disability will be adjusted by indexing your Prior Monthly Income as follows:

PLA-POL-650288-000019

1. On each Review Date, your Prior Monthly Income will be multiplied by your Index Factor. The result is your adjusted Prior Monthly Income. It will be used to figure your Loss of Monthly Income during the Review Period that follows. It will also be used in the formula to compute each Residual Disability Monthly Benefit payable during that Review Period.

   An increase in your Prior Monthly Income can cause your Loss of Monthly Income to be greater. This in turn can result in an increase in your Residual Disability Monthly Benefit. Other than your Index Factor (which is computed by using actual CPI-U values), there is no limit on the percent of increase in your Prior Monthly Income for a Review Period. If the CPI-U should go down, your adjusted Prior Monthly Income can decrease. But, it can never reduce below your Prior Monthly Income at the start of the period of disability.

2. Indexing of your Prior Monthly Income will end on the earliest of:

   a. the end of the period of disability (see Page 4);
   b. the end of a benefit period; or
   c. the date you attain age 65.

If the computations end because of a or b above, disability benefits which can be paid for the first 12 months of a new period of disability will not include a Cost of Living Adjustment. A new first Index Month and Review Date will apply to each new period of disability that lasts more than 12 months.

## WAIVER OF PREMIUM

For periods of disability which start before age 65, the Waiver of Premium provision on Page 6 is replaced by the following:

### "WAIVER OF PREMIUM — TOTAL DISABILITY AND RESIDUAL DISABILITY

If, during a period of disability, Injuries or Sickness results in more than 90 days of Total and/or Residual Disability, we will:

1. refund any premiums which became due and were paid while you were so disabled; and
2. waive the payment of each premium which thereafter becomes due for as long as the period of disability lasts. After it ends, to keep your policy in force, you must again pay any premiums which become due.

For premiums to be waived, you must give us satisfactory proof of disability except as respects Recovery Benefits."

## ADDITIONAL EXCLUSION
(Required by the Pennsylvania Motor Vehicle Financial Responsibility Law)

Any Benefits payable under this benefit provision as the result of Injuries suffered in an automobile accident will be reduced by the amount of any first party benefits for loss of income provided for that accident under any plan of automobile insurance.

NOTE: All portions of this Residual Disability Benefit expire when you attain age 65 even though the policy may be renewed after you attain age 65. No further premiums for it will be due.

PLA-POL-650288-000020

**020**

## ADDITIONAL PROVISIONS ON PREMIUMS, RENEWALS, ETC.

### POLICY TERM
The first term of this policy starts on the Effective Date shown on Page 3. It ends on the First Renewal Date also shown. Later terms will be the periods for which you pay renewal premiums when due. All terms will begin and end at 12:01 A.M., Standard Time, at your home. The renewal premium for each term will be due on the day the preceding term ends, subject to the grace period.

### GRACE PERIOD
This policy has a 31 day grace period. This means that if a renewal premium is not paid on or before the date it is due, it may be paid during the next 31 days. During the grace period, the policy will stay in force.

### CONDITIONAL RIGHT TO RENEW FROM AGE 65 TO AGE 75; PREMIUMS ARE NOT GUARANTEED
(Continued from Page 1)
You have the right to renew this policy to age 75 for as long as you continue to be actively and gainfully employed full time. We have the right to require proof from time to time that you are so employed. If you cease to be so employed before age 75 (except by reason of Total Disability), this policy will terminate; except that coverage will continue to the end of any period for which premium has been accepted.

Premiums must be paid when due. They will be based on our table of rates by attained age in effect at time of renewals for persons in your same rate class who are insured under policies of this form. Other than your attained age, the factors used to determine your rate class will be the same as those that applied to you on the Effective Date of this policy.

The benefit provisions which will be included in this policy, if it is continued after you attain age 65, are described on Page 6.

### REINSTATEMENT
If a renewal premium is not paid before the grace period ends, the policy will lapse. Later acceptance of the premium by us or by our agent authorized to accept payment without requiring an application for reinstatement will reinstate this policy.

If we or our agent require an application, you will be given a conditional receipt for the premium tendered. If the application is approved, the policy will be reinstated as of the approval date. Lacking such approval, the policy will be reinstated on the 45th day after the date of the conditional receipt unless we have previously written you of our disapproval.

The reinstated policy will cover only loss that results from Injuries which occur after the date of reinstatement or Sickness which starts more than 10 days after such date. In all other respects, your rights and ours will remain the same, subject to any provisions noted on or attached to the reinstated policy.

PLA-POL-650288-000021

**021**

## SUSPENSION DURING MILITARY SERVICE

If you enter full-time active duty in the military (land, sea or air) service of any nation or international authority, you may suspend your policy. But, you may not suspend the policy during active duty for training lasting 3 months or less. The policy will not be in force while it is suspended, and you will not be required to pay premiums. Upon receipt of your written request to suspend the policy, we will refund the pro-rata portion of any premium paid for a period beyond the date we receive your request.

If your full-time active duty in military service ends before age 65, you may place this policy back in force without evidence of insurability. Your coverage will start again when:

1. we have received your written request to place the policy back in force; and
2. you have paid the required pro-rata premium for coverage until the next premium due date.

However, your request and premium payment must be received by us within 90 days after the date your active duty in the military service ends. Premiums will be at the same rate that they would have been had your policy remained in force. The policy will not cover any loss due to Injuries which occur or Sickness which starts while the policy is suspended. In all other respects you and we will have the same rights under the policy as before it was suspended.

## PREMIUM ADJUSTMENT AT DEATH

Any premium paid for a period beyond the date of your death will be refunded to your estate.

## CLAIMS

### NOTICE OF CLAIM

Written notice of claim must be given within 20 days after a covered loss starts or as soon as reasonably possible. The notice can be given to us at our home office, Chattanooga, Tennessee, or to our agent. Notice should include your name and the policy number.

### CLAIM FORMS

When we receive your notice of claim, we will send you forms for filing proof of loss. If these forms are not given to you within 15 days, you will meet the proof of loss requirements by giving us a written statement of the nature and extent of your loss within the time limit stated in the Proofs of Loss section.

### PROOFS OF LOSS

If the policy provides for periodic payment for a continuing loss, you must give us written proof of loss within 90 days after the end of each period for which we are liable. For any other loss, written proof must be given within 90 days after such loss.

If it was not reasonably possible for you to give written proof in the time required, we will not reduce or deny the claim for this reason if the proof is filed as soon as reasonably possible. In any event, the proof required must be given no later than one year from the time specified unless you were legally incapacitated.

PLA-POL-650288-000022

022

## TIME OF PAYMENT OF CLAIMS
After receiving written proof of loss, we will pay monthly all benefits then due you for disability. Benefits for any other loss covered by this policy will be paid as soon as we receive proper written proof.

## PAYMENT OF CLAIMS
Benefits will be paid to you. Any benefits unpaid at death will be paid to your estate.

If benefits are payable to your estate, we can pay benefits up to $1000 to someone related to you by blood or marriage whom we consider to be entitled to the benefits. We will be discharged to the extent of any such payment made in good faith.

## PHYSICAL EXAMINATIONS
We, at our expense, have the right to have you examined as often as reasonably necessary while a claim is pending.

## MISSTATEMENT OF AGE
If your age has been misstated, the benefits will be those the premium paid would have purchased at the correct age.

## LEGAL ACTIONS
No legal action may be brought to recover on this policy within 60 days after written proof of loss has been given as required by this policy. No such action may be brought after three years from the time written proof of loss is required to be given.

## GENERAL PROVISIONS

### ENTIRE CONTRACT
This policy with the application and attached papers is the entire contract between you and us. No change in this policy will be effective until approved by one of our officers. This approval must be noted on or attached to this policy. No agent may change this policy or waive any of its provisions.

### INCONTESTABLE

1. After this policy has been in force for two years during your lifetime, we cannot contest the statements in the application.

2. No claim for loss incurred or disability that starts after two years from the Effective Date of this policy will be reduced or denied on the ground that a sickness or physical condition not excluded by name or specific description had existed before the Effective Date of this policy.

### CONFORMITY WITH STATE STATUTES
Any provision of this policy which, on its effective date, is in conflict with the laws of the state in which you reside on that date is amended to conform to the minimum requirements of such laws.

### ASSIGNMENT
No assignment of interest in this policy will be binding on us until a copy is on file with us. It must be approved by one of our officers. We are not responsible for the validity of any assignment.

PLA-POL-650288-000023

**023**

## SALARY ALLOTMENT PREMIUM PAYMENT

In consideration of the Salary Allotment Agreement between your employer and us, we agree to accept Policy Premiums as billed to your employer.

The conditions of this rider are:

1.  The policy will not continue in force beyond the time for which the premium is paid, subject to the grace period.

2.  If your employer fails to pay premiums when due because of clerical error or negligence, your insurance under the policy will not be prejudiced.

3.  This rider will be void if:

    a.  your employment with your employer ends;

    b.  the Salary Allotment Agreement is terminated; or

    c.  for any reason, your employer fails to pay premiums.

4.  If this rider is voided, premiums will be due and payable as required in the policy.

PLA-POL-650288-000024

024

6-650288    R-044-6037497    № 47773

I hereby apply to Provident Life and Accident Insurance Company for insurance based on the following representations:

1. (a) Full name? (Print) _Jennifer Campbell M.D._    (b) Sex? M ☐ F ☒
   (c) Height? ft. _4_ in. _11_ (d) Weight? lbs. _110_ (e) Date of Birth? _Colorado_ (f) Birthplace? _Colorado_
2. (a) Occupation: _Family Practice Physician_
   (c) Employer: _Lynchburg Family Medicine M.D._ (b) Exact duties: _60% Outpatient_
   (d) Are you actively at work fulltime in the above occupation? Yes ☒ No ☐ (e) Length of Employment? _10 years_
3. (a) Annual Earned Income From Your Occupation for Federal Tax Purposes (After Business Expenses, if any):

| | Current Annual Rate of Earned Income | Actual Prior Calendar Year | Actual Year Prior to Last Calendar Year |
|---|---|---|---|
| Salary | $112,000 | $90,000 | $60,708 |
| Other (Describe) | $ | $ | $ |

   (b) Unearned Income Prior 2 Years (Interest, Dividends, etc.)................. $................. $.................
4. (a) Do you have or are you applying for other: (1) Individual, (2) Association, (3) Group, or (4) Employer Sick Pay disability income coverage; or (5) Overhead Expense disability coverage? Yes ☒ No ☐ (If "Yes" give details below)

| Company or Source | Type (1, 2, 3, 4 or 5) | Monthly Disability Amount | Benefit Period Accident | Sickness |
|---|---|---|---|---|
| PLA | 1 | 2980 | L | L~6a |
| PLA | 1 | 1200 | L | L~6a |

   (b) Do you have Social Security substitute coverage? Yes ☐ No ☒ Amount $ Company
   (c) Is any coverage to be replaced by the coverage applied for? Yes ☐ No ☒ If "Yes", complete Form 1336-Q4.
   (d) Does your net worth exceed $4,000,000? Yes ☐ No ☒ If "Yes" complete Form 1336-NW. _Rewrite_
   (e) Have you smoked cigarettes within the last 12 months? Yes ☐ No ☒
5. Have you ever been medically diagnosed as having or been treated for:
   (a) High blood pressure, diabetes, cancer, arthritis, asthma, emphysema, or emotional, nervous or mental disorder, or disease or disorder of the eyes, ears or speech?
6. Have you ever been diagnosed by a member of the medical profession as having Acquired Immune Deficiency Syndrome (AIDS) or Aids Related Complex (ARC)?
7. Have you ever used barbiturates, narcotics, excitants or hallucinogens, or ever sought help or treatment for their use or alcohol use?
9. Have you ever made application for Disability, Health or Life Insurance which has been declined, modified or rated? (If "Yes", give names of organization, kinds of insurance, dates and reasons.)
10. Do you have a physical impairment or deformity, or take any type of prescribed medication?
    (Give details of "Yes" answers to Q5-10. Include diagnoses, dates, physicians and addresses)

11. (a) Will your employer pay for all disability coverage to be carried by you with no portion of the premium to be included in your taxable income? Yes ☒ No ☐ (b) How much premium is paid with this application? _3-4_

To the best of my knowledge and belief, all of the foregoing statements and all of those in Part II, if any, of this Application are true, complete, and correctly stated. They are offered to Provident Life and Accident Insurance Company as the basis for any insurance issued on this Application. I have received a disclosure concerning: (1) the Medical Information Bureau; and (2) an investigative consumer report which may be made for use with this Application.

I authorize any licensed physician, medical practitioner, hospital, clinic or other medical or medically related facility, insurance company, the Medical Information Bureau or other organizations, institution or person that has any records or knowledge of me or my health, to give to Provident Life and Accident Insurance Company and/or its reinsurers any such information.

I authorize all said sources, except the Medical Information Bureau, to give such records or knowledge to Equifax, Inc. This agency is employed by Provident Life and Accident Insurance Company to collect and send such information.

A copy of this authorization shall be as valid as the original.

Signed at _Mass_   _PA_
       City        State
this _19th_ day of _September_ 19 _90_
Field Office: _27950-335 KEA_

Signature of Proposed Insured X _Jennifer K Campbell MD_
I certify that I have truly and accurately recorded on this application the information supplied by the Proposed Insured.

_Henk P. Whalen_
(Licensed Agent's or Broker's Signature)

DUPLICATE

PLA-POL-650288-000025



# YOUR OUTLINE OF COVERAGE

**(PLEASE KEEP WITH YOUR POLICY)**

### PROVIDENT
### LIFE AND ACCIDENT
#### INSURANCE COMPANY

1 FOUNTAIN SQUARE
CHATTANOOGA, TN 37402

1815 (Rev. 4-85)

PLA-POL-650288-000026

DISABILITY INCOME PROTECTION COVERAGE

REQUIRED OUTLINE OF COVERAGE

POLICY SERIES 334

1. READ YOUR POLICY CAREFULLY

This outline of coverage provides a very brief description of the important features of your policy. This is not the insurance contract and only the actual policy provisions will control. The policy itself sets forth in detail the rights and obligations of both you and your insurance company. It is, therefore, important that you *READ YOUR POLICY CAREFULLY.*

2. DISABILITY INCOME PROTECTION COVERAGE

Policies of this category are designed to provide, to persons insured, coverage for disabilities resulting from covered Injuries or Sickness, subject to any limitations set forth in the policy. Coverage is not provided for basic hospital, basic medical-surgical, or major-medical expenses.

3. BENEFITS

Elimination Period, where used in this outline, means the number of days of disability, at the start of a period of disability, for which benefits are not payable. The number of days in an Elimination Period is shown with the Benefit to which it applies. Days of Total and/or Residual Disability may be used to satisfy the Elimination Period for either Total or Residual Disability benefits. However, if this policy is renewed after you attain age 65, an Elimination Period starting thereafter must consist entirely of days of Total Disability.

BASIC BENEFITS OF YOUR POLICY

----------------------Schedule of Benefits for Total Disability----------------------

The Monthly Benefit for Total Disability is $1,200.00. Benefits start on the day of Total Disability after a 90 day Elimination Period. Benefits are payable during Total Disability for as long as the applicable maximum benefit periods shown below:

Injuries – Total Disability starting before age 65 ...................... For Life
   Total Disability starting at or after age 65 ................ 24 Months

Sickness – Total Disability starting before age 60 ...................... For Life
   Total Disability starting at or after age 60 but
     before age 65 ................................. to age 65, but not
                less than 24 months
   Total Disability starting at or after age 65 ................ 24 months
--------------------------------------------------------------------------------

Outline of Disability Coverage for JENNIFER H CAMPBELL MD   6-334-650288

**Definition of Total Disability.** Total Disability means that due to Injuries or Sickness:

1. you are not able to perform the substantial and material duties of your occupation; and
2. you are under the care and attendance of a Physician.

**Presumptive Total Disability.** We will consider you to be totally disabled if you suffer the entire and irrecoverable loss of:

1. speech or hearing;
2. sight of both eyes; or
3. use of both hands, both feet, or one hand and one foot.

Your $1,200.00 Monthly Benefit for Total Disability will be paid even if you can work. Further medical care will not be required. Benefits will be paid according to the Total Disability provisions of the policy. But, benefits will start on the day of loss if earlier than when benefits would otherwise start. And, if loss occurs before age 65, your $1,200.00 Monthly Benefit for Total Disability will be paid as long as you live.

**Waiver of Premium.** After 90 days of Total Disability, we will:

1. refund any premiums which became due and were paid during the 90 days; and
2. waive future premiums which fall due during the period of Total Disability.

**Transplant Surgery.** If you are disabled because you donate a part of your body to another person, we will consider it to be the result of a Sickness.

**Rehabilitation.** You may participate in a program of occupational rehabilitation while disabled. This will not of itself affect Total Disability payments. If we approve the program, we will pay certain training expenses up to an amount equal to three times one Monthly Benefit for Total Disability.

**Treatment of Injuries (Payable if disability benefits not paid).** If Injuries require treatment prescribed by a Physician, we will pay your expenses for such treatment. We will pay, as the result of an accident, up to an amount equal to one-half of one Monthly Benefit for Total Disability.

If you qualify for payment under this provision and also under a disability provision of this policy because of the same accident, payment will be made under the provision which provides the greater benefit.

The following optional benefit is also a part of your policy:


*Residual Disability Benefit – We will consider you to be residually disabled if due to Injuries or Sickness:

1. you are unable to perform one or more of your substantial and material daily business duties or you are unable to perform your usual daily business duties for as much time as is normally required to perform them;
2. you have a loss of at least 25% of your earnings just prior to disability; and
3. you are under the care and attendance of a Physician (other than you).

Residual Disability benefits are payable as follows:

1. Benefits start on the day of Residual Disability: (1) after a 90 day Elimination Period or, if later, (2) after the end of compensable Total Disability during the same period of disability.
2. Benefits are payable until age 65.
3. Your benefit for each month will be a percentage of the Monthly Benefit for Total Disability. This percentage will be equal to the percentage of earnings loss for that month due to Residual Disability. (The formula used to compute each Residual Disability Monthly Benefit is contained in your policy.) If your loss is more than 75% of pre-disability earnings, we will consider it to be 100%. The first 6 monthly payments for Residual Disability will be the greater of:
   a. 50% of the Monthly Benefit for Total Disability; or
   b. the Residual Disability Monthly Benefit computed by the formula for each month.

Waiver of Premium – For periods of disability starting before age 65, the basic Waiver of Premium provision is replaced by the following:

"After 90 days of Residual and/or Total Disability, we will:

1. refund any premiums which became due and were paid during the 90 days; and
2. waive future premiums which fall due while the period of disability (Residual and/or Total) continues."


JENNIFER H CAMPBELL MD   6-334-650288                    Page OC-3

4. EXCLUSIONS

This policy does not cover loss caused by war or act of war.

The policy will only cover pre-existing conditions as follows:

1. During the first two policy years, a pre-existing condition will be covered if it was disclosed and not misrepresented in answer to a question in the application for the policy, and we did not exclude it from coverage.
2. After two years, we will cover any condition not excluded by the policy.

Pre-existing conditions are defined in the policy.

If there are any additional exclusions, they will be referred to in the Policy Schedule. If there is an exclusion or limitation which applies only to a benefit rider added after the policy is issued, it will be included with the rider.

5. RENEWABILITY OF YOUR POLICY

Non-Cancellable and Guaranteed Continuable to Age 65 at Guaranteed Premiums: You can continue this policy in force to age 65 by paying the premiums when due.

Conditional Right to Renew From Age 65 to Age 75; Premiums are not Guaranteed: If you are actively and gainfully employed full time when you attain age 65, you have the right to renew this policy to age 75 for as long as you continue to be actively and gainfully employed full time. You must pay premiums when due at our premium rates in effect at time of renewals.

*If this policy is renewed after you attain age 65, any benefit shown in this outline with an asterisk (*) that is still in effect will not be included in the continued policy.

This Outline of Coverage was prepared on 02/24/12 and
replaces any previous description of coverage furnished you.

334-OC-PA

JENNIFER H CAMPBELL MD   6-334-650288                    Page OC-4