# EXHIBIT C

## TO THE COMPLAINT OF PROVIDENT LIFE v. CAMPBELL

Provident Life and Accident Insurance Company
Chattanooga, Tennessee 37402

PERSONAL HEALTH AND STATUS STATEMENT
Supplement to Application
for the Below Numbered Policy

I hereby make the following statement which I agree shall form a part of my Application for the policy to which this form is attached:

1. I have reviewed the statements in the Application for this policy and, to the best of my knowledge and belief, they are still true, complete, and correctly stated; and

2. To the best of my knowledge and belief, there has been no change in the state of my health since the date of my Application for this policy; and

3. I have not applied for Individual, Association or Group disability income coverage, nor Business Overhead Expense disability coverage, since the date of my Application for this policy.

Dated at *Pittsburgh PA* this *17th* day of *January*, 19 *81*.

_*Claude T. Chalin*_
Signature of Witness

_*Jennifer H. Campbell MD*_
Signature of Proposed Insured

_____
Signature of Witness

_____
Signature of Applicant
(Applicable to Business Buy/Out and
Master Key Only)

The duplicate copy attached to the policy must be signed, dated, and witnessed on delivery of the policy. The original accompanying the policy must be signed, dated, witnessed, and returned to the Company.

IF THE PROPOSED INSURED CANNOT ATTEST TO ITEMS (1), (2) AND (3) ABOVE, (AND THE AP-PLICATION CANNOT ATTEST TO THE STATEMENT REGARDING BUY OUT OR MASTER KEY, WHICHEVER IS APPROPRIATE) THIS FORM AND THE POLICY MUST BE RETURNED TO THE COMPANY IMMEDIATELY.

ACCIDENT DEPARTMENT

1080-81        JENNIFER H CAMPBELL MD 06-337-6041431

DUPLICATE POLICY

PLA-POL-6041431-000001

**056**



**Unum**
1 Fountain Square, Chattanooga, TN 37402
423.755.1011

DUPLICATE POLICY

Corporate Secretary

President

In this policy, the words "you" and "your" mean you, the Insured named below; "we," "our" and "us" mean Provident Life and Accident Insurance Company.

We will pay benefits for covered loss resulting from Injuries or Sickness subject to all of the provisions of this policy. Loss must begin while the policy is in force.

This policy is a legal contract between you and us. It is issued in consideration of the payment in advance of the required premium and of your statements and representations in the application. A copy of your application is attached and made a part of the policy.

**NON-CANCELLABLE AND GUARANTEED CONTINUABLE AT GUARANTEED PREMIUMS TO YOUR 65TH BIRTHDAY OR FOR FIVE YEARS, WHICHEVER IS LATER:** You can continue this policy to your 65th birthday or for five years, whichever is later, by paying premiums on time. The premiums shown in the Policy Schedule on Page 3 are guaranteed to your 65th birthday or for five years, whichever is later.

**CONDITIONAL RIGHT TO RENEW AFTER YOUR 65TH BIRTHDAY OR FIVE YEARS, WHICHEVER IS LATER; PREMIUMS ARE NOT GUARANTEED:** You can renew this policy as long as you are actively and gainfully working full time; there is no age limit. You must pay premiums on time at our premium rates then in effect at time of renewals. (For further conditions, see the page titled "Premiums and Renewals." See Page 7 for the benefit provisions that will be included in the continued policy.)

### D I S A B I L I T Y   I N C O M E   P O L I C Y

#### This is a non-participating policy

**JENNIFER H CAMPBELL MD, the Insured**
**Policy Number 06-337-6041431**

#### THIS POLICY IS A REWRITE FROM OTHER COVERAGE -- SEE PAGE 3

**10 day right to examine your policy** – We want you to fully understand and be entirely satisfied with your policy. If you are not satisfied for any reason, you may return the policy to us, or to the agent through whom it was purchased, within 10 days of its receipt. We will refund any premiums you have paid within 10 days after we receive your notice of cancellation and the policy. It will be considered never to have been issued.

337-PS-L

# GUIDE TO POLICY PROVISIONS

|                                                                                      | Page |
| ------------------------------------------------------------------------------------ | ---- |
| Renewal Conditions                                                                   | 1    |
| Policy Schedule                                                                      | 3    |
| UPDATE                                                                               | 3    |
| Definitions (Injuries, Sickness, Physician, Total Disability,                        |      |
|   your occupation, period of disability, Elimination Period)               | 4    |
| Exclusions                                                                           | 5    |
| Pre-existing Condition Limitation                                                    | 5    |
| Benefits                                                                             |      |
|   Total Disability                                                         | 6    |
|   Presumptive Total Disability                                             | 6    |
|   Transplant Surgery                                                       | 6    |
|   Cosmetic Surgery                                                         | 6    |
|   Waiver of Premium                                                        | 6    |
|   Rehabilitation                                                           | 7    |
|   Benefits When Policy Renewed After Your 65th Birthday                    |      |
|     or Five Years, Whichever is Later                            | 7    |
|   Payment for Part of Month                                                | 7    |
| Additional Benefit                                                                   |      |
|   Residual Disability/Recovery (includes revised Waiver                    | 8    |
|     of Premium provision)                                        | 8    |
| Premiums and Renewals                                                                |      |
|   Policy Term                                                              | 12   |
|   Grace Period                                                             | 12   |
|   Conditional Right to Renew After Your 65th Birthday or Five Years        |      |
|     Whichever is Later - Premiums Are Not Guaranteed             | 12   |
|   Reinstatement                                                            | 12   |
|   Suspension During Military Service                                       | 13   |
|   Premium Adjustment at Death                                              | 13   |
| Claims                                                                               |      |
|   Notice of Claim                                                          | 13   |
|   Claim Forms                                                              | 13   |
|   Proof of Loss                                                            | 13   |
|   Time of Payment of Claims                                                | 14   |
|   Payment of Claims                                                        | 14   |
|   Physical Examinations                                                    | 14   |
|   Misstatement of Age                                                      | 14   |
|   Legal Actions                                                            | 14   |
| General Provisions                                                                   |      |
|   Entire Contract                                                          | 14   |
|   Time Limit on Certain Defenses                                           | 14   |
|   Conformity With State Statutes                                           | 14   |
|   Assignment                                                               | 14   |
| Salary Allotment Premium Payment                                                     | 15   |

**READ YOUR POLICY CAREFULLY**

PLA-POL-6041431-000003

**058**

# P O L I C Y   S C H E D U L E

Insured – JENNIFER H CAMPBELL MD
Effective Date – January 1, 1991
Issue Date – December 28, 1990

Policy Number – 06-337-6041431
First Renewal Date – March 1, 1991
Renewal Term – Twelve Months

$303.74 Pro-rata Premium to March 1, 1991

Policy Premium payable from March 1, 1991 until the first UPDATE Increase Date (see Page 3 (cont.)) is at the Annual rate of $1,874.93 on a non smoking premium basis.

Other Premium Paying Methods:
  $956.22 Semi-Annually
  $487.48 Quarterly
  $159.38 Monthly (Preauthorized Bank Draft only)

-----------------------MONTHLY BENEFIT FOR TOTAL DISABILITY-----------------------

$2,980.00

---------------------------------ELIMINATION PERIOD----------------------------------

90 days of Total and/or Residual Disability

Elimination Period is defined on Page 4. An Elimination Period starting after your 65th birthday must consist entirely of days of Total Disability. If the Elimination Period is fulfilled during a period of disability, the first subsequent disability due to a different or unrelated cause will not require an Elimination Period, provided the first subsequent disability occurs within the twelve month period from the end of the prior disability, during which the Elimination Period was satisfied.

--------------------MAXIMUM BENEFIT PERIODS FOR TOTAL DISABILITY--------------------

Injuries:
  Total Disability starting before your 65th birthday ................  for Life
  Total Disability starting on or after your 65th birthday
    but before your 75th birthday ...................................  24 months
  Total Disability starting on or after your 75th birthday ...........  12 months

**(Policy Schedule is continued on next page.)**

PLA-POL-6041431-000004

**059**

**Sickness:**

Total Disability starting before your 60th birthday ................ for Life
Total Disability starting on or after your 60th birthday
 but before your 61st birthday ........................ to your 65th birthday
Total Disability starting on or after your 61st birthday
 but before your 62nd birthday ................................... 48 months
Total Disability starting on or after your 62nd birthday
 but before your 63rd birthday ................................... 42 months
Total Disability starting on or after your 63rd birthday
 but before your 64th birthday ................................... 36 months
Total Disability starting on or after your 64th birthday
 but before your 65th birthday ................................... 30 months
Total Disability starting on or after your 65th birthday
 but before your 75th birthday ................................... 24 months
Total Disability starting on or after your 75th birthday ........... 12 months

-------------------------------ADDITIONAL BENEFIT---------------------------------
(The premium shown for this benefit is included in the Policy Premium shown above.)

Residual Disability/Recovery ...........................Page 8    Premium $332.51

## Maximum Benefit Periods For Residual Disability

**Injuries or Sickness:**
Residual Disability starting before
 your 61st birthday ................................... To your 65th birthday
Residual Disability starting on or after your 61st birthday
 but before your 62nd birthday ................................... 48 months
Residual Disability starting on or after your 62nd birthday
 but before your 63rd birthday ................................... 42 months
Residual Disability starting on or after your 63rd birthday
 but before your 64th birthday ................................... 36 months
Residual Disability starting on or after your 64th birthday
 but before your 65th birthday ................................... 30 months

----------------------------------------------------------------------------------

**THIS POLICY IS ISSUED IN LIEU OF AND REPLACES:**

**POLICY NO. 06-335-811361 DATED October 1, 1987**

The Pre-existing Condition Limitation and Incontestable provisions in this policy are
waived up to the extent of that which was earned for the same benefits provided by
the policy it replaced.

(Policy Schedule is continued on next page.)

337(L-L60) PA        JENNIFER H CAMPBELL MD 06-337-6041431        Page 3(cont.)

## POLICY SCHEDULE (continued)

----------------------------------------UPDATE----------------------------------------

The benefits and premium named below will be automatically increased without evidence of insurability, as follows:

| UPDATE Increase Date | New Monthly Benefit for Total Disability | New Annual Premium for this Policy |
|---|---|---|
| 3/01/92 | $3,190.00 | $2,019.81 |
| 3/01/93 | $3,420.00 | $2,187.46 |
| 3/01/94 | $3,660.00 | $2,371.77 |
| 3/01/95 | $3,920.00 | $2,581.58 |
| 3/01/96 | $4,200.00 | $2,818.47 |

UPDATE Benefit increases are effective on the UPDATE Increase Dates shown. If an UPDATE Increase Date shown does not coincide with a renewal date for this policy, the increase will be effective on the next renewal date.

An UPDATE Benefit increase will apply only to a period of disability which starts after the effective date of the increase. It must qualify as a separate period of disability. If the premium for the policy is being waived on the effective date of the increase, the premium for the increase will also be waived. When you resume paying premiums for the policy, you must also start paying the premium for the increase.

You are entitled to UPDATE Benefit increases on the dates shown above. If you do not accept an increase, your refusal:

1. forfeits your right on that UPDATE Increase Date to the UPDATE Benefit increase;
2. postpones the schedule of benefit increases to the next UPDATE Increase Date, if any;
3. adjusts the premiums for the remaining increases, if any, since such premiums are based on your attained age at the time of an UPDATE Benefit increase; and
4. in no way extends the last UPDATE Increase Date shown above.

Each refusal of an UPDATE Benefit increase reduces the number of UPDATE Benefit increases to which you were entitled by one.

If you have not reached your 60th birthday on the last UPDATE Increase Date, you may apply for an amendment providing additional UPDATE Benefit increases. You can do this by making formal application within the period of 60 days prior to and 31 days after the last UPDATE Increase Date. Approval will be subject to our underwriting guidelines then in effect.

PLA-POL-6041431-000006

**061**

## DEFINITIONS

**Injuries** means accidental bodily injuries occurring while this policy is in force.

**Sickness** means sickness or disease not diagnosed or treated before the Effective Date of this policy. Pre-existing conditions are, however, covered under this policy to the extent set forth in the "Pre-existing Condition Limitation" provision on Page 5.

**Physician** means any person other than you who is licensed by law, and is acting within the scope of the license, to treat Injuries or Sickness which results in covered loss.

**Total Disability** or **totally disabled** means that due to Injuries or Sickness:

1. you are not able to perform the substantial and material duties of your occupation; and

2. you are receiving care by a Physician which is appropriate for the condition causing the disability. We will waive this requirement when continued care would be of no benefit to you.

**your occupation** means the occupation (or occupations, if more than one) in which you are regularly engaged at the time you become disabled. If your occupation is limited to a recognized specialty within the scope of your degree or license, we will deem your specialty to be your occupation.

**period of disability** means a period of disability starting while this policy is in force. Successive periods will be deemed to be the same period unless the later period:

1. is due to a different or unrelated cause, or

2. starts more than six months after the end of the previous period;

in which event, the later period will be a new or separate period of disability. A new Elimination Period must then be met. And, a new Maximum Benefit Period will apply.

**Elimination Period** means the number of days of disability that must elapse in a period of disability before benefits become payable. The number of days is shown on Page 3. These days need not be consecutive; they can be accumulated during a period of disability to satisfy an Elimination Period. Benefits are not payable, nor do they accrue, during an Elimination Period.

337-D-PS-6-PA          JENNIFER H CAMPBELL MD 06-337-6041431          Page 4

PLA-POL-6041431-000007

**062**

## EXCLUSIONS

We will not pay benefits for loss caused by:

1. war or any act of war, whether war is declared or not; or
2. normal pregnancy or childbirth, except we will pay benefits for loss caused by:
   a. complications of pregnancy; and
   b. normal pregnancy or childbirth on the later of the 91st day of disability or the day of disability following the Elimination Period.

   Complications are physical conditions physicians consider distinct from pregnancy even though caused or worsened by pregnancy. Examples of conditions that are not complications include false labor and morning sickness.

We will not pay benefits for loss we have excluded by name or specific description; any such exclusion will appear in the Policy Schedule.

## PRE-EXISTING CONDITION LIMITATION

We will not pay benefits for loss starting within two years of the Effective Date of this policy which is caused by a Pre-existing Condition that was not disclosed, or that was misrepresented, in answer to a question in the application for this policy. Pre-existing Condition means a sickness or physical condition for which medical advice or treatment was recommended by or received from a physician within the five year period preceding the Effective Date of this policy.

PLA-POL-6041431-000008

063

# BENEFITS

**TOTAL DISABILITY**

We will pay the Monthly Benefit for Total Disability shown on Page 3 as follows:

1. Benefits start on the day of Total Disability following the Elimination Period.
2. Benefits will continue while you are totally disabled during the period of disability but not beyond the Maximum Benefit Period.

In no event will you be considered to have more than one disability at the same time. The fact that a disability is caused by more than one Injury or Sickness or from both will not matter. We will pay benefits for the disability which provides the greater benefit.

**PRESUMPTIVE TOTAL DISABILITY - LOSS OF SPEECH, HEARING, SIGHT OR THE USE OF TWO LIMBS**

You will be presumed totally disabled if Injuries or Sickness results in the entire and permanent loss of:

1. speech;
2. hearing in both ears;
3. the sight of both eyes; or
4. the use of both hands, or of both feet or of one hand and one foot.

You must present satisfactory proof of your loss. Your ability to work will not matter. Further medical care will not be required. Benefits will be paid according to the Total Disability provisions of this policy. But, benefits will start on the date of loss if earlier than the day benefits start as shown on Page 3. If loss occurs before your 65th birthday, the Monthly Benefit for Total Disability will be paid as long as you live regardless of the Maximum Benefit Period shown on Page 3.

**TRANSPLANT SURGERY**

You might be disabled from the transplant of part of your body to another person. If so, we will consider it to be the result of a Sickness.

**COSMETIC SURGERY**

You might be disabled from surgery to improve your appearance or to correct disfigurement. If so, we will consider it to be the result of a Sickness.

**WAIVER OF PREMIUM**

After you have been totally disabled for 90 days during a period of disability, we will:

1. refund any premiums which became due and were paid while you were totally disabled; and
2. waive the payment of each premium which thereafter becomes due for as long as the period of disability lasts. After it ends, to keep this policy in force, you must again pay any premiums which become due.

For premiums to be waived, you must give us satisfactory proof of disability.

PLA-POL-6041431-000009

**064**

**REHABILITATION**

Total Disability - Your participation in a program of occupational rehabilitation will not of itself be considered a recovery from Total Disability.

Expense - If, during a period of Total Disability, you notify us in writing that you want to participate in a program of occupational rehabilitation, we will consider paying for the reasonable expenses you incur for training and education. The extent of our role will be determined by written agreement with you. Generally, we will pay for the reasonable cost of training and education which is not otherwise covered under health care insurance, workers' compensation or any public fund or program.

A program of occupational rehabilitation must be designed to help you return to work and be:

1. a formal program of rehabilitation at an accredited graduate school, college or business school, or at a licensed vocational school;
2. a recognized program operated by the federal or a state government; or
3. any other professionally planned rehabilitation program of training or education.

**BENEFITS WHEN POLICY RENEWED AFTER YOUR 65TH BIRTHDAY OR FIVE YEARS, WHICHEVER IS LATER**

If this policy is continued in accordance with the "Conditional Right to Renew After Your 65th Birthday or Five Years, Whichever is Later" on Page 1, all of the benefit provisions on Pages 6 and 7 will be included in the continued policy. (If a Treatment of Injuries Benefit and/or a Preliminary Term Benefit is contained in this policy, it can be included in the continued policy. No other "Additional Benefits", if any, named on Page 3 will be included in the continued policy.) The Maximum Benefit Period starting while this policy is so continued is shown on Page 3. The Monthly Benefit for Total Disability will not change unless you choose to renew with a lesser amount.

**PAYMENT FOR PART OF MONTH**

If any payment under this policy is for part of a month, the daily rate will be 1/30th of the payment which would have been made if disability had continued for the whole month.

337-B2-PA          JENNIFER H CAMPBELL MD 06-337-6041431                    Page 7

**RESIDUAL DISABILITY/RECOVERY BENEFITS** with Cost of Living Indexing of Prior Monthly Income

(Nothing in this provision limits the policy definition of "Total Disability.")

## DEFINITIONS

**Monthly Income** means your monthly income from salary, wages, bonuses, commissions, fees or other payments for services which you render or your business provides. Normal and usual business expenses are to be deducted; income taxes are not. Monthly Income must be earned. It does not include dividends, interest, rents, royalties, annuities, sick pay or benefits received for disability under a formal wage or salary continuation plan or other forms of unearned income.

Monthly Income can be credited to the period in which it is actually received or to the period in which it is earned. We allow either the cash or accrual accounting method. But, the same method must be used to determine the Prior Monthly Income and the Current Monthly Income during a period of disability. If you elect the cash accounting method we will not include income received for services rendered prior to the start of the period of disability in your current monthly income.

**Prior Monthly Income** means the greatest of:

1. your average Monthly Income for the 12 months just prior to the start of the period of disability for which claim is made;
2. your average Monthly Income for the year with the highest earnings of the last two years prior to the start of such period of disability; or
3. your highest average Monthly Income for any two successive years of the last five years prior to the start of such period of disability.

**Current Monthly Income** means your Monthly Income in your occupation for each month of Residual Disability being claimed.

**Loss of Monthly Income** means the difference between Prior Monthly Income and Current Monthly Income. Loss of Monthly Income must be caused by the Residual Disability for which claim is made. The amount of the loss must be at least 20% of Prior Monthly Income to be deemed Loss of Monthly Income. If your loss is more than 75% of Prior Monthly Income, we will deem the loss to be 100%.

**Residual Disability** or **residually disabled**, during the Elimination Period, means that due to Injuries or Sickness:

1. you are not able to do one or more of your substantial and material daily business duties or you are not able to do your usual daily business duties for as much time as it would normally take you to do them;
2. you have a Loss of Monthly Income in your occupation of at least 20%; and
3. you are receiving care by a Physician which is appropriate for the condition causing disability. We will waive this requirement when continued care would be of no benefit to you.

After the Elimination Period has been satisfied, you are no longer required to have a loss of duties or time. **Residual Disability** or **residually disabled** then means that as a result of the same Injuries or Sickness:

PLA-POL-6041431-000011

**066**

1. you have a Loss of Monthly Income in your occupation of at least 20%; and
2. you are receiving care by a Physician which is appropriate for the condition causing the Loss of Monthly Income. We will waive this requirement when continued care would be of no benefit to you.

**Monthly Benefit for Total Disability** is shown on Page 3. (It can be increased by certain other benefit provisions if they are included in your policy and are applicable. If included, they are titled "Cost of Living Adjustments" and "Social Insurance Substitute Benefit.")

**Residual Disability Monthly Benefit** is the benefit payable under this provision. It is determined monthly by this formula. Each month, it equals:

$$\frac{\text{Loss of Monthly Income}}{\text{Prior Monthly Income}} \times \text{Monthly Benefit for Total Disability}$$

### RESIDUAL DISABILITY/RECOVERY BENEFITS

We will pay Residual Disability Monthly Benefits as follows:

1. Benefits start on the day of Residual Disability following the Elimination Period or, if later, after the end of compensable Total Disability during the same period of disability.
2. Benefits will continue while you are residually disabled during a period of disability but the combined period for which benefits for Total and Residual Disability are payable can not exceed the Maximum Benefit Period shown on Page 3.
3. The first six monthly payments for Residual Disability will be the greater of:
   a. 50% of the Monthly Benefit for Total Disability; or
   b. the Residual Disability Monthly Benefit determined for each month.

Residual Disability benefits will not be paid for any days for which Total Disability benefits are paid.

In no event will you be considered to have more than one disability at the same time. The fact that a disability is caused by more than one Injury or Sickness or from both will not matter. We will pay benefits for the disability which provides the greater benefit.

We can require any proof which we consider necessary to determine your Current Monthly Income and Prior Monthly Income. Also, we or an independent accountant retained by us shall have the right to examine your financial records as often as we may reasonably require.

PLA-POL-6041431-000012

**067**

## COST OF LIVING INDEXING OF PRIOR MONTHLY INCOME
### (Applicable to benefits paid after the 12th month of a period of disability)

### Definitions

**CPI-U** means the Consumer Price Index for All Urban Consumers. It is published by the United States Department of Labor. If the CPI-U is discontinued or if its method of computation is changed, we may use another nationally published index. We will choose an index which is similar in scope and purpose to the CPI-U. The CPI-U will then mean the index which is chosen.

**Review Date** means each anniversary date of the start of a period of disability.

**Review Period** means a one year period ending on a Review Date.

**Index Month** means the calendar month three months prior to a Review Date. But, the first Index Month means the calendar month three months prior to the start of a period of disability. We will measure all changes in the CPI-U from the first Index Month.

**Index Factor** is used by us to determine your adjusted Prior Monthly Income for each Review Period. We will compute this factor by dividing the CPI-U for the latest Index Month by the CPI-U for the first Index Month. We will compute it on each Review Date during a period of disability.

### Adjusted Prior Monthly Income

If Injuries or Sickness results in a period of disability that lasts at least 12 months, we will compute Cost of Living Adjustments on each Review Date for Residual Disability Benefits. Monthly benefits which thereafter accrue during that period of disability will be adjusted by indexing your Prior Monthly Income as follows:

1. On each Review Date, your Prior Monthly Income will be multiplied by your Index Factor. The result is your adjusted Prior Monthly Income. It will be used to figure your Loss of Monthly Income during the Review Period that follows. It will also be used in the formula to compute each Residual Disability Monthly Benefit payable during that Review Period.

   An increase in your Prior Monthly Income can cause your Loss of Monthly Income to be greater. This in turn can result in an increase in your Residual Disability Monthly Benefit. Other than your Index Factor (which is computed by using actual CPI-U values), there is no limit on the percent of increase in your Prior Monthly Income for a Review Period. If the CPI-U should go down, your adjusted Prior Monthly Income can decrease. But, it can never reduce below your Prior Monthly Income at the start of the period of disability.

PLA-POL-6041431-000013

068

2. Indexing of your Prior Monthly Income will end on the earliest of:

   a. the end of the period of disability (see Page 4);
   b. the end of a benefit period; or
   c. your 65th birthday.

If the computations end because of a or b above, disability benefits which can be paid for the first 12 months of a new period of disability will not include a Cost of Living Adjustment. A new first Index Month and Review Date will apply to each new period of disability that lasts more than 12 months.

## WAIVER OF PREMIUM

For periods of disability which start before your 65th birthday, the Waiver of Premium provision on Page 6 is replaced by the following:

### "WAIVER OF PREMIUM – TOTAL DISABILITY AND RESIDUAL DISABILITY

If, during a period of disability, Injuries or Sickness results in more than 90 days of Total and/or Residual Disability, we will:

1. refund any premiums which became due and were paid while you were so disabled; and
2. waive the payment of each premium which thereafter becomes due for as long as the period of disability lasts. After it ends, to keep your policy in force, you must again pay any premiums which become due.

For premiums to be waived, you must give us satisfactory proof of disability."

## ADDITIONAL EXCLUSION
(Required by the Pennsylvania Motor Vehicle Financial Responsibility Law)

Any Benefits payable under this benefit provision as the result of Injuries suffered in an automobile accident will be reduced by the amount of any first party benefits for loss of income provided for that accident under any plan of automobile insurance.

NOTE: All portions of this Residual Disability/Recovery Benefit expire on your 65th birthday, and no further premiums for it will be due, even though the policy may be renewed after that date and benefits may continue to be payable past your 65th birthday, as shown on Page 3.

PLA-POL-6041431-000014

069

# PREMIUMS AND RENEWALS

## POLICY TERM
The first term of this policy starts on the Effective Date shown on Page 3. It ends on the First Renewal Date also shown. Later terms will be the periods for which you pay renewal premiums when due. All terms will begin and end at 12:01 A.M., Standard Time, at your home. The renewal premium for each term will be due on the day the preceding term ends, subject to the grace period.

## GRACE PERIOD
This policy has a 31 day grace period. This means that if a renewal premium is not paid on or before the date it is due, it may be paid during the next 31 days. During the grace period, the policy will stay in force.

## CONDITIONAL RIGHT TO RENEW AFTER YOUR 65TH BIRTHDAY OR FIVE YEARS, WHICHEVER IS LATER; PREMIUMS ARE NOT GUARANTEED
(Continued from Page 1)
You can renew this policy as long as you are actively and gainfully working full time. From time to time, we can require proof that you are actively and gainfully working full time. If you stop working, (except by reason of Total Disability), this policy will terminate; except that coverage will continue to the end of any period for which premium has been accepted.

Premiums must be paid on time. They will be based on our table of rates by attained age in effect at time of renewals for persons in your same rate class who are insured under policies of this form. Other than your attained age, the factors used to determine your rate class will be the same as those that applied to you on the Effective Date of this policy.

The benefit provisions which will be included in the continued policy are described on Page 7.

## REINSTATEMENT
If a renewal premium is not paid before the grace period ends, the policy will lapse. Later acceptance of the premium by us or by our agent authorized to accept payment without requiring an application for reinstatement will reinstate this policy.

If we or our agent require an application, you will be given a conditional receipt for the premium tendered. If the application is approved, the policy will be reinstated as of the approval date. Lacking such approval, the policy will be reinstated on the 45th day after the date of the conditional receipt unless we have previously written you of our disapproval.

The reinstated policy will cover only loss that results from Injuries which occur after the date of reinstatement or Sickness as may begin more than 10 days after such date. In all other respects, your rights and ours will remain the same, subject to any provisions noted on or attached to the reinstated policy.

337-PR-PA          JENNIFER H CAMPBELL MD 06-337-6041431          Page 12

PLA-POL-6041431-000015

070

## SUSPENSION DURING MILITARY SERVICE

If you enter full-time active duty in the military (land, sea or air) service of any nation or international authority, you may suspend your policy. But, you may not suspend the policy during active duty for training lasting 3 months or less. The policy will not be in force while it is suspended, and you will not be required to pay premiums. Upon receipt of your written request to suspend the policy, we will refund the pro-rata portion of any premium paid for a period beyond the date we receive your request.

If your full-time active duty in military service ends before your 65th birthday, you may place this policy back in force without evidence of insurability. Your coverage will start again when:

1. we have received your written request to place the policy back in force; and
2. you have paid the required pro-rata premium for coverage until the next premium due date.

However, your request and premium payment must be received by us within 90 days after the date your active duty in the military service ends. Premiums will be at the same rate that they would have been had your policy remained in force. The policy will not cover any loss due to Injuries which occur or Sickness diagnosed or treated while the policy is suspended. In all other respects you and we will have the same rights under the policy as before it was suspended.

## PREMIUM ADJUSTMENT AT DEATH

Any premium paid for a period beyond the date of your death will be refunded to your estate.

### CLAIMS

## NOTICE OF CLAIM

Written notice of claim must be given within 20 days after a covered loss starts or as soon as reasonably possible. The notice can be given to us at our home office, Chattanooga, Tennessee, or to our agent. Notice should include your name and the policy number.

## CLAIM FORMS

When we receive your notice of claim, we will send you claim forms for filing proof of loss. If these forms are not given to you within 15 days, you will meet the proof of loss requirements by giving us a written statement of the nature and extent of your loss. You must give us this proof within the time set forth in the Proof of Loss section.

## PROOF OF LOSS

If the policy provides for periodic payment for a continuing loss, you must give us written proof of loss within 90 days after the end of each period for which we are liable. For any other loss, written proof must be given within 90 days after such loss.

If it was not reasonably possible for you to give written proof in the time required, we will not reduce or deny the claim for this reason if the proof is filed as soon as reasonably possible. In any event, the proof required must be furnished no later than one year after the 90 days unless you are legally unable to do so.

PLA-POL-6041431-000016

## TIME OF PAYMENT OF CLAIMS

After we receive written proof of loss, we will pay monthly all benefits then due you for disability. Benefits for any other loss covered by this policy will be paid as soon as we receive proper written proof.

## PAYMENT OF CLAIMS

Benefits will be paid to you. Any benefits unpaid at death will be paid to your estate.

If benefits are payable to your estate, we can pay benefits up to $1000 to someone related to you by blood or marriage whom we consider to be entitled to the benefits. We will be discharged to the extent of any such payment made in good faith.

## PHYSICAL EXAMINATIONS

We, at our expense, have the right to have you examined as often as is reasonable while a claim is pending.

## MISSTATEMENT OF AGE

If your age has been misstated, the benefits will be those the premium paid would have bought at the correct age.

## LEGAL ACTIONS

You may not start a legal action to recover on this policy within 60 days after you give us required proof of loss. You may not start such action after three years from the time proof of loss is required.

## GENERAL PROVISIONS

## ENTIRE CONTRACT

This policy with the application and attached papers is the entire contract between you and us. No change in this policy will be effective until approved by one of our officers. This approval must be noted on or attached to this policy. No agent may change this policy or waive any of its provisions.

## TIME LIMIT ON CERTAIN DEFENSES

1. After two years from the Effective Date of this policy, no misstatements, except fraudulent misstatements, made by you in the application for this policy will be used to void the policy or to deny a claim for loss incurred or disability that starts after the end of such two year period.

2. No claim for loss incurred or disability that starts after two years from the Effective Date of this policy will be reduced or denied on the ground that a sickness or physical condition not excluded by name or specific description had existed before the Effective Date of this policy.

## CONFORMITY WITH STATE STATUTES

Any provision of this policy which, on its effective date, is in conflict with the laws of the state in which you reside on that date is changed to conform to the minimum requirements of those laws.

## ASSIGNMENT

No assignment of interest in this policy will be binding on us until a copy is on file with us. It must be approved by one of our officers. We are not responsible for the validity of any assignment.

PLA-POL-6041431-000017

**072**

## SALARY ALLOTMENT PREMIUM PAYMENT

In consideration of the Salary Allotment Agreement between your employer and us, we agree to accept Policy Premiums as billed to your employer.

The conditions of this rider are:

1. The policy will not continue in force beyond the time for which the premium is paid, subject to the grace period.

2. If your employer fails to pay premiums when due because of clerical error or negligence, your insurance under the policy will not be prejudiced.

3. This rider will be void if:

   a. your employment with your employer ends;

   b. the Salary Allotment Agreement is terminated; or

   c. for any reason, your employer fails to pay premiums.

4. If this rider is voided, premiums will be due and payable as required in the policy.

PLA-POL-6041431-000018

073

R-6041431    R-044-6037497    No. 47773

I hereby apply to Provident Life and Accident Insurance Company for insurance based on the following representations:

1. (a) Full name? (Print) Jennifer Campbell M.D.    (b) Sex? M ☐  F ☒
   (c) Height? ft. 4 in. 11  (d) Weight? lbs. 110  (d) (e) Date of Birth?    (f) Birthplace? Colorado
2. (a) Occupation: Family Practice Physician    90% Outpatient
   (c) Employer: Litchburg Family Medicine M.D.  (b) Exact duties: 3-5% Inpatient/ICU
   (d) Are you actively at work fulltime in the above occupation? Yes ☒  No ☐  (e) Length of Employment? 10 yrs
3. (a) Annual Earned Income From Your Occupation for Fed-   Current Annual Rate   Actual Prior   Actual Year Prior to
      eral Tax Purposes (After Business Expenses, if any):   of Earned Income   Calendar Year   Last Calendar Year
      Salary ........................... $ 112,000   $ 90,000   $ 60,708
      Other (Describe) .................. $            $           $
   (b) Unearned Income Prior 2 Years (Interest, Dividends, etc.) ..... $           $

4. (a) Do you have or are you applying for other: (1) Individual, (2) Association, (3) Group, or (4) Employer Sick Pay disability
      income coverage; or (5) Overhead Expense disability coverage? Yes ☒ No ☐ (If "Yes" give details below)

| Company or Source | Type (1, 2, 3, 4 or 5) | Monthly Disability Amount | Benefit Period Accident | Sickness |
|---|---|---|---|---|
| PLA | 1 | 2980 | L | L-60 |
| PLA | 1 | 1200 | L | L-60 |

   (b) Do you have Social Security substitute coverage?  Yes ☐  No ☒  Amount $         Company
   (c) Is any coverage to be replaced by the coverage applied for? Yes ☐  No ☒ If "Yes", complete Form 1336-Q4.
   (d) Does your net worth exceed $4,000,000? Yes ☐  No ☒ If "Yes" complete Form 1336-NW.   Rewrite
   (e) Have you smoked cigarettes within the last 12 months? Yes ☐  No ☒

5. Have you ever been medically diagnosed as having or been treated for:
   (a) High blood pressure, diabetes, cancer, arthritis, asthma, emphysema, or emotional, nervous or mental
       disorder, or disease or disorder of the eyes, ears or speech?

6. Have you ever been diagnosed by a member of the medical profession as having Acquired Immune
   Deficiency Syndrome (AIDS) or Aids Related Complex (ARC)?

7. Have you ever used barbiturates, narcotics, excitants or hallucinogens, or ever sought help or treatment
   for their use or alcohol use?

9. Have you ever made application for Disability, Health or Life Insurance which has been declined, modified
   or rated? (If "Yes", give names of organization, kinds of insurance, dates and reasons.)
10. Do you have a physical impairment or deformity, or take any type of prescribed medication?
    (Give details of "Yes" answers to Q5-10, include diagnoses, dates, physicians and addresses)

11. (a) Will your employer pay for all disability coverage to be carried by you with no portion of the premium to be included in your
        taxable income? Yes ☒ No ☐ (b) How much premium is paid with this application? 3-4

To the best of my knowledge and belief, all of the foregoing statements and all of those in Part II, if any, of this Application are
true, complete, and correctly stated. They are offered to Provident Life and Accident Insurance Company as the basis for any
insurance issued on this Application. I have received a disclosure concerning: (1) the Medical Information Bureau; and (2) an
investigative consumer report which may be made for use with this Application.

I authorize any licensed physician, medical practitioner, hospital, clinic or other medical or medically related facility, insurance
company, the Medical Information Bureau or other organizations, institution or person that has any records or knowledge of me
or my health, to give to Provident Life and Accident Insurance Company and/or its reinsurers any such information.

I authorize all said sources, except the Medical Information Bureau, to give such records or knowledge to Equifax, Inc. This
agency is employed by Provident Life and Accident Insurance Company to collect and send such information.

A copy of this authorization shall be as valid as the original.

Signed at Mars    PA
          City     State
this 9th day of September 1990

Field Office: 37950-335 KEN

Signature of
Proposed Insured Jennifer H. Campbell MD

I certify that I have truly and accurately recorded on this appli-
cation the information supplied by the Proposed Insured.

Henri F. Whalen
(Licensed Agent's or Broker's Signature)

Form 1336-PA

DUPLICATE POLICY

PLA-POL-6041431-000019

074



# YOUR OUTLINE OF COVERAGE

**(PLEASE KEEP WITH YOUR POLICY)**

## PROVIDENT LIFE AND ACCIDENT
### INSURANCE COMPANY

1 FOUNTAIN SQUARE
CHATTANOOGA, TN 37402

1815 (Rev. 4/85)

PLA-POL-6041431-000020

## 1. READ YOUR POLICY CAREFULLY

This outline of coverage provides a very brief description of the important features of your policy. This is not the insurance contract and only the actual policy provisions will control. The policy itself sets forth in detail the rights and obligations of both you and your insurance company. It is, therefore, important that you READ YOUR POLICY CAREFULLY.

## 2. DISABILITY INCOME PROTECTION COVERAGE

Policies of this category are designed to provide, to persons insured, coverage for disabilities resulting from covered Injuries or Sickness, subject to any limitations set forth in the policy. Coverage is not provided for basic hospital, basic medical-surgical, or major-medical expenses.

## 3. BENEFITS

### a. General Definitions

**Benefit Schedule** means the schedule of benefits attached to this Outline.

**Elimination Period** means the number of days of disability that must elapse in a period of disability before benefits become payable. The number of days is shown in this Outline's Benefit Schedule. These days need not be consecutive; they can be accumulated during a period of disability to satisfy an Elimination Period. Benefits are not payable, nor do they accrue, during an Elimination Period.

If the Elimination Period is fulfilled during a period of disability, the first subsequent disability due to a different or unrelated cause will not require an Elimination Period, provided the first subsequent disability occurs within the twelve month period from the end of the prior disability, during which the Elimination Period was satisfied.

**Total Disability or totally disabled** means that due to Injuries or Sickness:

1. you are not able to perform the substantial and material duties of your occupation; and
2. you are receiving care by a Physician which is appropriate for the condition causing the disability. We will waive this requirement when continued care would be of no benefit to you.

Outline of Disability Coverage for JENNIFER H CAMPBELL MD 06-337-6041431

**your occupation** means the occupation (or occupations, if more than one) in which you are regularly engaged at the time you became disabled. If your occupation is limited to a recognized specialty within the scope of your degree or license, we will deem your specialty to be your occupation.

**b. Basic Benefits of Your Policy**

The basic Monthly Benefit for Total Disability is shown in the Benefit Schedule. Benefits start on the day of Total Disability after the Elimination Period. Benefits are payable for as long as the applicable maximum benefit periods also shown in the Benefit Schedule.

**UPDATE** – This benefit provides for automatic increases in your Monthly Benefit for Total Disability. Refer to the policy schedule in your policy for details.

**Presumptive Total Disability** – You will be presumed totally disabled if Injuries or Sickness result in the entire and permanent loss of: 1) speech; 2) hearing in both ears; 3) sight of both eyes; or 4) use of both hands, both feet, or one hand and one foot.

The basic Monthly Benefit for Total Disability will be paid even if you can work. Further medical care will not be required. Benefits will be payable for the Benefit Period stated in the Benefit Schedule. If loss occurs before your 65th birthday, benefits will be payable for life.

**Waiver of Premium** – After you have been disabled for 90 days during a period of total and/or residual disability we will:

1. refund any premiums which became due and were paid while you were totally and/or residually disabled; and
2. waive the payment of each premium which thereafter becomes due for as long as the period of disability lasts. After it ends, to keep your policy in force, you must again pay any premiums which become due.

**Transplant Surgery** – If you are disabled because you donate a part of your body to another person, we will consider it to be the result of a Sickness.

**Cosmetic Surgery** – If you are disabled from surgery to improve your appearance or correct disfigurement, we will consider it to be the result of a Sickness.

**Rehabilitation** – You may participate in a program of occupational rehabilitation while disabled. This will not of itself affect Total Disability payments. If we approve the program we will pay for certain training expenses that you incur.

**c. Additional Benefit**

The following optional benefit is also a part of your policy and is shown in the Benefit Schedule. Additional premium is required.

PLA-POL-6041431-000022

**077**

**Residual Disability/Recovery Benefits** pay a percentage of the Total Disability Monthly Benefit when, due to Injuries or Sickness, you suffer a loss of earnings of 20% or more, and are receiving care by a physician. (During the Elimination Period only, you must not be able to work fully because of the Injuries or Sickness.) A loss of earnings over 75% is deemed a 100% loss and 100% of your Total Disability Monthly Benefit will be paid. Residual benefits are payable for as long as stated in the policy.

When a disability lasts more than one year, Cost of Living indexing (based on the Consumer Price Index) will be applied to your pre-disability earnings. As they increase, your loss of earnings becomes greater and this, in turn, produces increases in your Residual Disability Monthly Benefit.

## 4. EXCLUSIONS

This policy does not cover loss caused by:

1. war or any act of war; or

2. normal pregnancy or childbirth. Complications of pregnancy are covered. See your policy for details.

Pre-existing conditions: A pre-existing condition, as defined by the policy, will be covered if it is disclosed and not misrepresented in answer to a question in your application, and we do not specifically exclude it from coverage.

If there are any additional exclusions, they will be referred to in the Policy Schedule. If there is an exclusion or limitation which applies only to a benefit rider added after the policy is issued, it will be included with the rider.

## 5. RENEWABILITY OF YOUR POLICY

**Non-Cancellable and Guaranteed Continuable At Guaranteed Premiums To Your 65th BIrthday or For Five Years, Whichever Is Later:** You can continue this policy to your 65th birthday or for five years, whichever is later, by paying premiums on time.

**Conditional Right to Renew After Your 65th Birthday or Five Years, Whichever Is Later:** Premiums are not Guaranteed: You can renew this policy as long as you are actively and gainfully working full time; there is no age limit. You must pay premiums on time at our rates then in effect at time of renewal. The basic policy, if renewed before your 75th birthday, will provide a 24 month maximum benefit period for Total Disability and Presumptive Total Disability. A 12 month maximum benefit period will be provided if the policy is renewed on or after your 75th birthday.

If the policy is continued, all of the basic benefit provisions will be included in the continued policy. Any additional benefit provision contained in the policy will not be included unless it is so named as one that will be included in the continued policy.

337-PS-L-OC-PA

JENNIFER H CAMPBELL MD 06-337-6041431 Page OC-3

## BENEFIT SCHEDULE FOR THIS OUTLINE

---------------------------------------------------------------------------------------

Elimination Period                     90 days of Total and/or Residual Disability

Monthly Benefit for Total Disability                                    $2,980.00

Maximum Benefit Periods:

**Injuries:**
    Total Disability starting before your 65th birthday ................  for Life
    Total Disability starting on or after your 65th birthday
    but before your 75th birthday ....................................  24 months
    Total Disability starting on or after your 75th birthday ..........  12 months

**Sickness:**
    Total Disability starting before your 60th birthday ................  for Life
    Total Disability starting on or after your 60th birthday
    but before your 61st birthday ........................  to your 65th birthday
    Total Disability starting on or after your 61st birthday
    but before your 62nd birthday ....................................  48 months
    Total Disability starting on or after your 62nd birthday
    but before your 63rd birthday ....................................  42 months
    Total Disability starting on or after your 63rd birthday
    but before your 64th birthday ....................................  36 months
    Total Disability starting on or after your 64th birthday
    but before your 65th birthday ....................................  30 months
    Total Disability starting on or after your 65th birthday
    but before your 75th birthday ....................................  24 months
    Total Disability starting on or after your 75th birthday ..........  12 months

------------------------------ADDITIONAL BENEFIT----------------------------------

Residual Disability/Recovery Benefit

This Outline of Coverage was prepared on 02/25/2012 and
replaces any previous description of coverage furnished you.

Insured — JENNIFER H CAMPBELL MD                    Policy Number 6041431

**CHANGE IN COVERAGE**

Insured: Jennifer H Campbell MD

Policy Number: 6037497

Effective Date: 6/1/92

It is mutually understood and agreed that the coverage provided by the above policy number is changed as follows:

The special exclusion for any injury to or disease of the cervical spine, its muscles, ligaments, discs or nerve roots is null, void and of no effect.

Except as may be modified by the above, the policy remains subject to all conditions, agreements and limitations thereof. This form is attached to and becomes a part of the above policy.

Countersigned by:

_____
Duly Licensed Resident Agent

_____
Vice President

Provident Life and Accident Insurance Company
DUPLICATE POLICY

AUPW

PLA-POL-6041431-000025

080