Edwin A. Oster (072169), eoster@bargerwolen.com
Jenny H. Wang (191643), jwang@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Tel: (949) 757-2800 / Fax: (949) 752-6313

Attorneys for Plaintiff
Provident Life and Accident Insurance Company

Richard H. Friedman (221622) rfriedman@friedmanrubin.com
FRIEDMAN | RUBIN
1126 Highland Avenue
Bremerton, WA 98337
Tel: (360) 782-4300 / Fax: (360) 782-4358

Michael J. Bidart (060582), mbidart@shernoff.com
Ricardo Echeverria (166049), recheverria@shernoff.com
SHERNOFF BIDART ECHEVERRIA, LLP
600 S. Indian Hills Blvd.
Claremont, CA 91711
Tel: (909) 621-4935 / Fax: (909) 625-6915

Attorneys for Defendant
Jennifer H. Campbell, M.D.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, a Tennessee corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>JENNIFER H. CAMPBELL, M.D., an individual,<br><br>             Defendant. | Case No.: 3:12-cv-00761-CAB-JMA<br><br>Action Filed : 03/29/2012<br><br>**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE [FRCP 41(a)(1)(A)]** |

# STIPULATION

IT IS HEREBY STIPULATED between Plaintiff Provident Life and Accident Insurance Company and Defendant Jennifer H. Campbell, M.D. (collectively, the "Parties"), by and through their respective attorneys of record whose signatures appear below, that the above-referenced action be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). The Parties further stipulate that each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED** and respectfully submitted this 27th day of December 2012.

BARGER & WOLEN LLP

By: */s/ Jenny H. Wang*
EDWIN A. OSTER
JENNY H. WANG
Attorneys for Plaintiff
Provident Life and Accident
Insurance Company

FRIEDMAN | RUBIN and SHERNOFF BIDART ECHEVERRIA, LLP

By: */s/ Richard H. Friedman*
RICHARD H. FRIEDMAN
MICHAEL J. BIDART
Attorneys for Defendant
Jennifer H. Campbell, M.D.

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@bargerwolen.com.

**I HEREBY CERTIFY** that on **December 27, 2012**, I electronically filed the foregoing **STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE [FRCP 41(a)(1)(A)]** with the Clerk's Office using the CM/ECF System which provides for the transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Richard H. Friedman, Esq.
FRIEDMAN | RUBIN
1126 Highland Avenue
Bremerton, WA 98337
Tel: (360) 782-4300
Fax: (360) 782-4383
rfriedman@friedmanrubin.com
dwatkins@friedmanrubin.com

Counsel for Plaintiff
Jennifer H. Campbell, M.D.

Jeffrey K. Rubin, Esq.
FRIEDMAN | RUBIN
1227 West 9th Ave., Suite 301
Anchorage, AK 9501
Tel: (907) 258-0704
Fax: (907) 278-6449
jrubin@friedmanrubin.com

Counsel for Plaintiff
Jennifer H. Campbell, M.D.

Michael J. Bidart, Esq.
Ricardo Echeverria, Esq.
SHERNOFF BIDART ECHEVERRIA, LLP
600 S. Indian Hills Boulevard
Claremont, CA 91711
Tel: (909) 621-4935
Fax: (909) 625-6915
mbidart@shernoff.com
recheverria@shernoff.com
kwolack@shernoff.com

Counsel for Plaintiff
Jennifer H. Campbell, M.D.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed at Irvine, California on **December 27, 2012**.

NAME: Gabriela Rubio

*Gabriela Rubio*
An Employee of BARGER & WOLEN LLP